**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **D. GORDON POTTER,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 1:05-cv-00955-LAS** |
| **THE UNITED STATES OF AMERICA** | ) | **Judge: Loren A. Smith** |
| **Defendant.** | ) | |

**PLAINTIFF'S REPLY TO DEFENDANT'S FIRST AMENDED ANSWER AND COUNTERCLAIM**

COMES NOW Plaintiff Unico Services Inc. f/k/a Unico Replacement Parts, Inc. ("Plaintiff") pursuant to Court of Federal Claims Rule 15 and for its Reply to Defendant's First Amended Answer and Counterclaim states as follows:

**DEFENSES**

50. Denies that this Court lacks jurisdiction over plaintiff's Due Process claim.

51. Denies that this court lacks jurisdiction over plaintiff's Takings Clause claim.

52. Denies that the Court lacks jurisdiction over plaintiff's refund claim for tax year 1998 because plaintiff has not paid all assessed penalties and interest in full as required. There is jurisdiction over plaintiff's refund claim because all taxes purportedly owed have been paid in full.

**COUNTERCLAIM**

53. Denies for lack of knowledge or information sufficient to form a belief as to the truth of the allegation.

54. Denies.

55. Denies.

56. Denies for lack of knowledge or information sufficient to form a belief as to the truth of the allegation.

WHEREFORE, Plaintiff prays that this Court dismiss defendant's Counterclaim; prays for judgment against the United States on the facts and the law and finds that the negligence penalty imposed by Defendant is erroneous; and for such other further relief as this Court deems just and proper under the circumstances.

RESPECTFULLY SUBMITTED,

Date: 12/23/05

By: s/ Robert J. Stientjes

Robert J. Stientjes
Gasaway & Stientjes
41 S. Old Orchard Ave., Ste. B
Saint Louis, Missouri 63119
(314) 961-3812 telephone
(314) 918-7120 facsimile
Counsel for Plaintiff