**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **UNICO SERVICES INC. f/k/a Unico Replacement Parts, Inc.** | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 1:05-cv-00955-LAS** |
| **THE UNITED STATES OF AMERICA** | ) | |
| **Defendant.** | ) | |

## MOTION TO ENJOIN COLLECTION PROCEEDINGS

COMES NOW Plaintiff Unico Services Inc. f/k/a Unico Replacement Parts, Inc. ("Plaintiff"), pursuant to Rule 7 of the Rules of the United States Court of Federal Claims, and respectfully moves this Court for a Motion to Enjoin Collection Proceedings against Defendant the United States of America ("Defendant") pursuant to Section 6331(i)(4) of the Internal Revenue Code (the "IRC").

In support of this Motion, Plaintiff states as follows:

1. Plaintiff is a corporation with a business located in Benicia, California and mailing address of P.O. Box 887, 94510-0887. Plaintiff's employee identification number is 95-2885601.

2. Defendant is the United States of America.

3. On August 30, 2005 Plaintiff filed a lawsuit *in part* for the recovery of (i) monies illegally exacted from Plaintiff in violation of the Due Process Clause of the United States

Constitution; and (ii) monies illegally seized from Plaintiff in violation of the Takings Clause of the United States Constitution and *in part* for refund of Federal employment taxes, founded upon the Internal Revenue Code, erroneously assessed and collected by Defendant.

4. The recovery of monies and refund of taxes, penalties, and interest relates to the Federal employment tax returns of Plaintiff, Forms 941, for the tax periods ended June 30, 2000, September 31, 2000, December 31, 2000, and September 30, 2001. Such tax returns were timely filed by Plaintiff with the Internal Revenue Service.

5. By coercive collection actions including liens, levies, and other collection actions, Defendant caused Plaintiff to involuntarily pay the full amount of tax erroneously alleged by Defendant for the tax periods ended June 30, 2000, September 31, 2000, December 31, 2000, and September 30, 2001.

6. Pursuant to Section 6331(i) of the Internal Revenue Code (the "IRC") no collection activities are allowed with respect to the property or rights to property of Plaintiff with respect to any divisible tax during the pendency of proceedings brought by Plaintiff in this Court for recovery of any portion of such divisible tax if Plaintiff would be collaterally estopped from contesting such unpaid tax by reason of such proceedings. Employment tax is divisible tax within the meaning of Section 6331(i)(2).

7. On or about January 5, 2006, Defendant sent a letter to Plaintiff advising Plaintiff that it intends to proceed with collection action involving tax periods of June 30, 2001, December 31, 2001, June 30, 2005 and September 30, 2005. A copy of the letter is attached to this Motion as Exhibit A.

8. If Defendant is allowed to proceed with collection action, Plaintiff will be collaterally estopped from contesting such unpaid tax by reason of this collection action. The collection

actions, contemplated by Defendant, are in violation of Section 6331(i) and therefore, must be enjoined.

8. This Court has authority to enjoin a levy or collection proceeding pursuant to Section 6331(i)(4).

9. To file this Motion Plaintiff has incurred legal costs. Plaintiff is entitled to claim attorney fees and expenses pursuant to the Equal Access to Justice Act in the event Plaintiff is the prevailing party on this Motion.

WHEREFORE, Plaintiff respectfully prays that this Court order and decree that until hearing and thereafter until further order of this Court that:

A. Defendant be enjoined and restrained from collection activities for the taxable periods at issue as set forth in Plaintiff's Motion and Complaint;

B. The Court's order shall remain in full force and effect until such time as this Court specifically orders otherwise;

C. Plaintiff is reimbursed its reasonable attorney fees and expense incurred in pursuing this Motion in the amount to be determined by the Court and for such other further relief as the Court deems just and proper under the circumstances.

RESPECTFULLY SUBMITTED,

Date: January 13, 2006

By *s/Robert J. Stientjes*
Robert J. Stientjes
Gasaway & Stientjes, LLP
41 S. Old Orchard Ave., Ste. B
Saint Louis, Missouri 63119
(314) 961-3812 telephone
(314) 918-7120 facsimile
Attorney for Plaintiff

**Certificate of Service**

This is to certify that a copy of the foregoing Motion to Enjoin Collection Proceedings was served on counsel for Defendant by mailing the same on January 13, 2006 in a postage paid envelope wrapper addressed as follows:

**Jennifer Philpott Wilson**
U. S. Department of Justice
555 4th Street, N.W.
Washington, DC 20044

Date: January 13, 2006

By: s/ *Robert J. Stientjes*

Counsel for Plaintiff
**Gasaway & Stientjes LLP**
Robert J. Stientjes
41 S. Old Orchard Ave., Ste. B
Saint Louis, Missouri 63119
Telephone: (314) 961-3812
Facsimile: (314) 918-7120

Jan. 12. 2006 1:59PM UNICO No. 6903 P. 1

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

SMALL BUSINESS / SELF-EMPLOYED DIVISION

Date: January 05, 2006

Robert J. Stientjes
Gasaway & Stientjes
41 South Old Orchard Avenue Suite B
St. Louis, MO 63119

RE: Unico Replacement Part Inc., 95-2885601

---

Dear Sir:

I have consulted with counsel concerning your claim that Internal Revenue Code section 6331(i) prevents the Internal Revenue Service from collecting quarterly employment tax liabilities (Form 941) for the periods 06-30-2001 and 12-31-2001. Counsel has advised me that these liabilities can be collected. As of 01-13-2006 the total outstanding liabilities for your client are:

| Form | Period | Balance |
|---|---|---|
| 941 | 06-30-2001 | $334,260.93 |
| 941 | 12-31-2001 | 115,535.02 |
| 941 | 06-30-2005 | 573.53 |
| 941 | 09-30-2005 | 1,387.80 |
| Total | | $451,757.28 |

If your client is unable to full pay the total by 01-13-2006, then a Notice of Federal Tax Lien will be filed.

If you have any questions or need more information, please contact me at the address or the telephone number listed below:

Internal Revenue Service
1761 Broadway Suite 201
Stop VJ0373
Vallejo, CA 94589
Phone#: (707) 642-8861 EXT 216
Fax#: 707-642-8938

Sincerely,

Paul Enjalran
Revenue Officer
Employee ID#: 68-11664

CC: Unico Replacement Parts

tabbies EXHIBIT A