# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**UNICO SERVICES, INC.**, *
* No. 05-955T
*Plaintiff*, *
*
v. * Senior Judge Loren A. Smith
*
**THE UNITED STATES**, *
* Filed: January 25, 2006
*Defendant.* *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The Court has before it Plaintiff's Motion to Enjoin Collection Proceedings. Defendant's Response will remain due on or before January 30, 2006. Plaintiff's Reply will be due on or before February 7, 2006. The Court hereby SCHEDULES a telephone hearing for Tuesday, February 21, 2006 at 2:00 p.m. EST.

Further, the Court STAYS the filing of the Joint Preliminary Status Report until 14 days after the resolution of Plaintiff's Motion.

The Court will request a court reporter for the hearing on February 21, 2006.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A.SMITH
SENIOR JUDGE