# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| **UNICO SERVICES, INC.,** | Nos. 05-955T & 05-954T |
| *Plaintiff,* | |
| v. | Senior Judge Loren A. Smith |
| **THE UNITED STATES,** | Filed: February 22, 2006 |
| *Defendant.* | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

**ORDER**

After oral argument the Court hereby denies Plaintiff's Motion to Enjoin Collection Proceedings. An Opinion setting forth the Court's reasoning will be issued shortly.

The Court hereby consolidates case numbers 05-955T and 05-954T for all purposes. Case No. 05-955 shall be the lead case.

Further, the Court hereby ORDERS the Joint Preliminary Status Report to be filed on or before Tuesday, February 28, 2006. The Court SCHEDULES the preliminary scheduling telephone conference for March 9, 2006 at 3:00 p.m. EST.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A.SMITH
SENIOR JUDGE