# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **UNICO SERVICES, INC.**, | * | No. 05-955T |
| *Plaintiff*, | * | |
| v. | * | Senior Judge Loren A. Smith |
| **THE UNITED STATES**, | * | Filed: March 14, 2006 |
| *Defendant.* | * | |

## SCHEDULING ORDER

Pursuant to the preliminary scheduling conference held on March 9, 2006, the Court hereby ORDERS Defendant to file and serve a detailed list of factual issues the Court will need to resolve this case, on or before March 31, 2006. The Plaintiff's response shall be filed and served on or before April 18, 2006. Defendant's reply shall be filed and served on or before May 12, 2006. Defendant is encouraged to discuss this case with the previous IRS attorney assigned to this matter so as not to burden the parties with unnecessary discovery. Barring an agreement by the parties, the Court will set the final litigation schedule at the May 17 hearing.

Further, Plaintiff has informed the Court of its intention to file a Motion for Summary Judgment. Plaintiff's Motion for Summary Judgment shall follow the same briefing schedule as above. Plaintiff's Motion shall be filed and served on or before March 31, 2006. Defendant's response shall be filed and served on or before April 18, 2006. Defendant's reply shall be filed and served on or before May 12, 2006.

The Court SCHEDULES a hearing on the Motion for Summary Judgment and factual issues to be held on Wednesday, May 17, 2006 at 4:00 p.m. E.D.T.

Defendant's Motion to Dismiss shall be filed and served by April 28, 2006. The briefing schedule shall follow the Court's rules. Oral argument shall be scheduled after all briefs are filed.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A.SMITH
SENIOR JUDGE