**No. 05 – 955**
**(Judge Loren A. Smith)**

---

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**UNICO SERVICES INC.,**

**Plaintiff**

**v.**

**THE UNITED STATES,**

**Defendant**

# NOTICE OF NON-FILING OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

ROBERT J. STIENTJES
ATTORNEY FOR PLAINTIFF
GASAWAY & STIENTJES LLC
1120 Olivette Executive Parkway,
Suite 220
Olivette, MO 63132
Telephone: (314) 872-3988
Facsimilie: (314) 872-7374

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**UNICO SERVICES, INC.,**

**Plaintiff**

**v.**

**THE UNITED STATES,**

**Defendant**

**NOTICE OF NON-FILING OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to an order of the Court dated March 14, 2006, Plaintiff, by and through counsel, comes forth and gives notice that Plaintiff has decided not to file its Motion for Summary Judgment. Subsequently, the dates mentioned in the above referenced order referring to Plaintiff's Motion for Summary Judgment should be stricken.

RESPECTFULLY SUBMITTED,

Date: March 29, 2006

By: *s/ Robert J. Stientjes*

Robert J. Stientjes
Attorney For Plaintiff
**Gasaway & Stientjes LLC**
1120 Olivette Executive Parkway,
Suite 220
Olivette, MO 63132
Telephone: (314) 872-3988
Facsimilie: (314) 872-7374