# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **UNICO SERVICES, INC.**, | * | Nos. 05-955 T consolidated with 05-954T |
| *Plaintiff,* | * | |
| v. | * | Senior Judge Loren A. Smith |
| **THE UNITED STATES**, | * | Filed: April 26, 2006 |
| *Defendant.* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**SECOND AMENDED ORDER**

The hearing previously SCHEDULED for Tuesday, May 16, 2006 at 4:00 p.m. E.D.T. is hereby RESCHEDULED to May 31, 2006 at 2:00 p.m. and shall be held in Courtroom #9, United States Court of Federal Claims.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A.SMITH
SENIOR JUDGE