**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**No. 05-955 T and 05-954 T**
**(Consolidated on February 22, 2006)**
**(Judge Loren A. Smith)**

**UNICO INDUSTRIAL SERVICES INC. and D. GORDON POTTER,**

**Plaintiffs**

**v.**

**THE UNITED STATES,**

**Defendant**

**MOTION OF THE UNITED STATES TO DISMISS PLAINTIFFS' COMPLAINTS**

Defendant, the United States, respectfully moves the Court for dismissal of plaintiffs' complaints on the ground that they were prematurely filed in violation of § 6532(a)(1), thus depriving this Court of subject matter jurisdiction. Plaintiffs' Fifth Amendment due process claims and claims with respect to the imposition of penalties also are not cognizable by this Court and may be dismissed for lack of subject matter jurisdiction independently of § 6532. Likewise, plaintiffs' Fifth Amendment takings clause claim fails to state a claim for which relief can be granted and may be dismissed independently under RCFC 12(b)(6). In support of its motion, defendant relies on the

accompanying Brief of the United States in Support of Its Motion to Dismiss Plaintiffs' Complaints and the exhibits attached thereto, filed on April 28, 2006.

Respectfully submitted,

s/Jennifer P. Wilson

JENNIFER P. WILSON
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6495
FAX (202) 514-9440
jennifer.p.wilson@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/Steven I. Frahm
Of Counsel

April 28, 2006