Nos. 05-955 T and 05-954 T
(Consolidated on February 22, 2006)
(Judge Loren A. Smith)

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

UNICO INDUSTRIAL SERVICES INC. and D. GORDON POTTER,

Plaintiffs

v.

THE UNITED STATES,

Defendant

---

APPENDIX B TO THE BRIEF FOR THE UNITED STATES
IN SUPPORT OF ITS MOTION TO DISMISS
PLAINTIFFS' COMPLAINT THEREOF

---

EILEEN J. O'CONNOR
Assistant Attorney General

DAVID GUSTAFSON
STEVEN FRAHM
JENNIFER P. WILSON
Attorneys
Justice Department (Tax)
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6494
(202) 514-9440 (facsimile)

---

## TABLE OF CONTENTS

**Page**

**Appendix B:**


Declaration of Jennifer P. Wilson. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Exhibit 1: Copy of November 14, 2003, Notice of Deficiency issued to Mr. Potter for the tax period ending December 31, 1998. . . . . . . . . . . . . . 6

Exhibit 2: Copy of July 13, 2005, Letter 2737 from IRS to Mr. Potter regarding audit reconsideration and Form 4549A Income Tax Examination Changes for Mr. Potter's tax period ending December 31, 1998. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

Exhibit 3: Copy of Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for D. Gordon Potter, covering the individual income tax period ending December 31, 1998. . . . . . . . . . . . . 24

Exhibit 4: Copy of Form 1040X Amended U.S. Individual Income Tax Return for Mr. Potter for the tax period ending December 31, 1998. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30

Exhibit 5: Copy of April 7, 2004, Letter 3523 Notice of Determination of Worker Classification that the IRS issued to Unico Services Inc. for the tax periods ending June 30, 2000, September 30, 2000, and December 31, 2000. . . . . . . . . . . . . . . . . . . . . . 35

Exhibit 6: Copy of March 23, 2005, Letter 3523 Notice of Determination of Worker Classification that the IRS issued to Unico Services Inc. for the tax periods ending June 30, 2001, September 30, 2001, and December 31, 2001. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44

Exhibit 7: Copy of IRS Certificate of Assessments, Penalties, Interest, Abatements, Credits, Refunds, and Advance or Unified Payments for Unico Replacement Parts Inc. for the period ending June 30, 2000. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 54

**Page**

**Exhibits (Continued):**


| | | |
|---|---|---|
| Exhibit 8: | Copy of IRS Certificate of Assessments, Penalties, Interest, Abatements, Credits, Refunds, and Advance or Unified Payments for Unico Replacement Parts Inc. for the period ending September 30, 2000. | 62 |
| Exhibit 9: | Copy of IRS Certificate of Assessments, Penalties, Interest, Abatements, Credits, Refunds, and Advance or Unified Payments for Unico Replacement Parts Inc. for the period ending December 31, 2000. | 69 |
| Exhibit 10: | Copy of IRS Certificate of Assessments, Penalties, Interest, Abatements, Credits, Refunds, and Advance or Unified Payments for Unico Replacement Parts Inc. for the period ending September 30, 2001. | 75 |
| Exhibit 11: | Copy of Form 843 Claim for Refund or Request for Abatement for Unico Services Inc. for the tax period ending June 30, 2000. | 81 |
| Exhibit 12: | Copy of Form 843 Claim for Refund or Request for Abatement for Unico Services Inc. for the tax period ending September 30, 2000. | 85 |
| Exhibit 13: | Copy of Form 843 Claim for Refund or Request for Abatement for Unico Services Inc. for the tax period ending December 31, 2000. | 89 |
| Exhibit 14: | Copy of Form 843 Claim for Refund or Request for Abatement for Unico Services Inc. for the tax period ending September 30, 2001. | 93 |
| Exhibit 15: | Copy of August 22, 2005, Letter 569 notice of proposed claim disallowance addressed to Mr. Potter with respect to the refund claim for tax period ending December 31, 1998. | 99 |
| Exhibit 16: | Copies of August 24, 2005, Letter 569 notices of proposed claim disallowance addressed to Unico Services Inc. with respect to the refund claims for tax periods ending June 30, 2000, September 30, 2000, December 31, 2000, and September 30, 2001. | 105 |

**Page**

**Exhibits (Continued):**

Exhibit 17: Copies of Form 3363 Acceptance of Proposed Disallowance of Claim for Refund or Credit and Form 2297 Waiver of Statutory Notification of Claim Disallowance for Mr. Potter's tax period ending December 31, 1998. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 127

Exhibit 18: Copies of Forms 3363 Acceptance of Proposed Disallowance of Claim for Refund or Credit and Forms 2297 Waiver of Statutory Notification of Claim Disallowance for Unico Service Inc.'s tax periods ending June 30, 2000, September 30, 2000, December 31, 2000, and September 30, 2001.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 129

Exhibit 19: Copies of September 22, 2005, Letter 906 notices of claim disallowance addressed to Unico Services Inc. with respect to the refund claims for tax periods ending June 30, 2000, September 30, 2000, and December 31, 2000, and Letter 693 with respect to the refund claim for September 30, 2001.. . . . . . . . . . . . . . . . . . . . . . . . . . . 137

Exhibit 20: Copy of September 27, 2005 Letter 906 notice of claim disallowance addressed to Mr. Potter with respect to the refund claim for tax period ending December 31, 1998. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 142

**APPENDIX B**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**No. 05-955 T and 05-954 T**
**(Consolidated on February 22, 2006)**
**(Judge Loren A. Smith)**

**UNICO INDUSTRIAL SERVICES INC. and D. GORDON POTTER,**

**Plaintiffs**

**v.**

**THE UNITED STATES,**

**Defendant**

**DECLARATION OF JENNIFER P. WILSON**

I, Jennifer P. Wilson, declare as follows:

1. I am a trial attorney with the Court of Federal Claims Section, Tax Division, United States Department of Justice.

2. I am the attorney of record for the United States in the above-captioned proceeding.

3. In my official capacity as attorney of record for the United States, I have in my custody and control certain files of the Internal Revenue Service with respect to the tax periods in suit in the above-captioned case.

4. The attached documents, identified as Exhibits 1 through 20 are true and correct copies of the following documents in my custody and control, as referenced in paragraph 3, above. Those documents are:

Exhibit 1 – Copy of November 14, 2003, Notice of Deficiency issued to Mr. Potter for the tax period ending December 31, 1998.

Exhibit 2 – Copy of July 13, 2005, Letter 2737 from IRS to Mr. Potter regarding audit reconsideration and Form 4549A Income Tax Examination Changes for Mr. Potter's tax period ending December 31, 1998.

Exhibit 3 – Copy of Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for D. Gordon Potter, covering the individual income tax period ending December 31, 1998.

Exhibit 4 – Copy of Form 1040X Amended U.S. Individual Income Tax Return for Mr. Potter for the tax period ending December 31, 1998.

Exhibit 5 – Copy of April 7, 2004, Letter 3523 Notice of Determination of Worker Classification that the IRS issued to Unico Services Inc. for the tax periods ending June 30, 2000, September 30, 2000, and December 31, 2000.

Exhibit 6 – Copy of March 23, 2005, Letter 3523 Notice of Determination of Worker Classification that the IRS issued to Unico Services Inc. for the tax periods ending June 30, 2001, September 30, 2001, and December 31, 2001.

Exhibit 7 – Copy of IRS Certificate of Assessments, Penalties, Interest,

Abatements, Credits, Refunds, and Advance or Unified Payments for Unico Replacement Parts Inc. for the period ending June 30, 2000.

Exhibit 8 – Copy of IRS Certificate of Assessments, Penalties, Interest, Abatements, Credits, Refunds, and Advance or Unified Payments for Unico Replacement Parts Inc. for the period ending September 30, 2000.

Exhibit 9 – Copy of IRS Certificate of Assessments, Penalties, Interest, Abatements, Credits, Refunds, and Advance or Unified Payments for Unico Replacement Parts Inc. for the period ending December 31, 2000.

Exhibit 10 – Copy of IRS Certificate of Assessments, Penalties, Interest, Abatements, Credits, Refunds, and Advance or Unified Payments for Unico Replacement Parts Inc. for the period ending September 30, 2001.

Exhibit 11 – Copy of Form 843 Claim for Refund or Request for Abatement for Unico Services Inc. for the tax period ending June 30, 2000.

Exhibit 12 – Copy of Form 843 Claim for Refund or Request for Abatement for Unico Services Inc. for the tax period ending September 30, 2000.

Exhibit 13 – Copy of Form 843 Claim for Refund or Request for Abatement for Unico Services Inc. for the tax period ending December 31, 2000.

Exhibit 14 – Copy of Form 843 Claim for Refund or Request for Abatement for Unico Services Inc. for the tax period ending September 30, 2001.

Exhibit 15 – Copy of August 22, 2005, Letter 569 notice of proposed claim

disallowance addressed to Mr. Potter with respect to the refund claim for tax period ending December 31, 1998.

Exhibit 16 – Copies of August 24, 2005, Letter 569 notices of proposed claim disallowance addressed to Unico Services Inc. with respect to the refund claims for tax periods ending June 30, 2000, September 30, 2000, December 31, 2000, and September 30, 2001.

Exhibit 17 – Copies of Form 3363 Acceptance of Proposed Disallowance of Claim for Refund or Credit and Form 2297 Waiver of Statutory Notification of Claim Disallowance for Mr. Potter's tax period ending December 31, 1998.

Exhibit 18 - Copies of Forms 3363 Acceptance of Proposed Disallowance of Claim for Refund or Credit and Forms 2297 Waiver of Statutory Notification of Claim Disallowance for Unico Service Inc.'s tax periods ending June 30, 2000, September 30, 2000, December 31, 2000, and September 30, 2001.

Exhibit 19 – Copies of September 22, 2005, Letter 906 notices of claim disallowance addressed to Unico Services Inc. with respect to the refund claims for tax periods ending June 30, 2000, September 30, 2000, and December 31, 2000, and Letter 693 with respect to the refund claim for September 30, 2001.

Exhibit 20 – Copy of September 27, 2005 Letter 906 notice of claim disallowance addressed to Mr. Potter with respect to the refund claim for tax period ending December 31, 1998.

I declare, under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct. Executed on April 28, 2006, in Washington, D.C.

s/Jennifer P. Wilson
JENNIFER P. WILSON