Internal Revenue Service                                    Department of the Treasury

Date: **14 NOV 2003**          **FILE COPY**          Taxpayer Identification Number:

Dean Gordon Potter

P.O. Box 887
Benicia, CA  94510-0887

Tax Year Ended and Deficiency:
   * See Below
Person to Contact:
   Leonard Antonio
   ID # 94-09515
Contact Telephone Number:
   (510) 637-2590 (Not Toll Free)
Last Day to File a Petition With the
United States Tax Court:

**FEB 1 2 2004**

| *Tax Year Ended | Deficiency: Increase in tax | Penalty Section(s) |
|---|---|---|
| | | 6662(a) |
| December 31, 1998 | $496,227.00 | $99,245.40 |

Dear Taxpayers:                     **NOTICE OF DEFICIENCY**

We have determined that you owe additional tax or other amounts, or both, for the tax year(s) identified above. This letter is your NOTICE OF DEFICIENCY, as required by law. The enclosed statement shows how we figured

If you want to contest this determination in court before making any payment, you have 90 days from the date of this letter (150 days if addressed to you outside of the United States) to file a petition with the United States Tax Court for a redetermination of the deficiency.  You can get a copy of the rules for filing a petition and a petition form you can use by writing to the address below:

United States Tax Court
400 Second Street, NW
Washington, DC  20217

The Tax Court has a simplified procedure for small tax cases when the amount in dispute is $50,000 or less. If you intend to file a petition for multiple tax years, then the amount in dispute for each of the tax years must be $50,000 or less in order to use this procedure. You may represent yourself before the Tax Court, or you may be represented by anyone admitted to practice before the Tax Court. If you use this procedure, you cannot appeal the Tax Court's decision. You may also get this information from the Tax Court.

Send the completed petition form, a copy of this letter, and copies of all statements and/or schedules you received with this letter to the Tax Court at the same above address.  The Court cannot consider your case if the petition is filed late.  The petition is considered timely filed if the postmark date falls within the prescribed 90 or 150 day period and the envelope containing the petition is properly addressed with the correct postage.

The time you have to file a petition with the court is set by law and cannot be extended or suspended.  Thus, contacting the Internal Revenue Service (IRS) for more information, or receiving other correspondence from the IRS won't change the period for filing a petition with the Tax Court.

**EXHIBIT**

1

1301 Clay Street  Stop# 895S 90 Day, Oakland, CA 94612          Sender:  L.O.          Letter 531(DO) (Rev.3-1999)

6

As required by law, separate notices are sent to husbands and wives. If this letter is addressed to both husband and wife, and both want to petition the Tax Court, both must sign and file the petition or each must file a separate, signed petition. If more than one tax year is shown above, you may file one petition form showing all of the years you are contesting.

You may represent yourself before the Tax Court, or you may be represented by anyone admitted to practice before the Tax Court.

If you decide not to file a petition with the Tax Court, please sign the enclosed waiver form and return it to us at the IRS address on the bottom of the front of this letter. This will permit us to assess the deficiency quickly and can help limit the accumulation of interest.

If you decide not to sign and return the waiver, and you do not file a petition with the Tax Court within the time limit, the law requires us to assess and bill you for the deficiency after 90 days from the date of this letter (150 days if this letter is addressed to you outside the United States).

NOTE: If you are a C-corporation, Section 6621(c) of the Internal Revenue Code requires that we charge an interest rate of two percent higher than the normal rate on large corporate underpayments of $100,000 or more.

If you have questions about this letter, you may write to or call the contact person whose name, telephone number, and IRS address are shown on the front of this letter. If you write, please include your telephone number, the best time for us to call you if we need more information, and a copy of this letter to help us identify your account. Keep the original letter for your records. If you prefer to call and the telephone number is outside your local calling area, there will be a long distance charge to you.

The contact person can access your tax information and help you get answers. You also have the right to contact the office of the Taxpayer Advocate. Taxpayer Advocate assistance is not a substitute for established IRS procedures such as the formal appeals process. The Taxpayer Advocate is not able to reverse legally correct tax determinations, nor extend the time fixed by law that you have to file a petition in the U. S. Tax Court. The Taxpayer Advocate can, however, see that a tax matter that may not have been resolved through normal channels gets prompt and proper handling. If you want Taxpayer Advocate assistance, please contact the Taxpayer Advocate for the IRS office that issued this notice of deficiency. See the Enclosed Notice 1214, Helpful Contacts for Your "Notice of Deficiency," for Taxpayer Advocate telephone numbers and addresses.

Thank you for your cooperation.

Sincerely yours,
MARK W. EVERSON
Commissioner by

Emmett Hannifin
Technical Services Territory Manager

Enclosures:

Explanation of tax changes
Waiver
Notice 1214

1301 Clay Street Stop# 895S 90 Day, Oakland, CA 94612        Sender: L.O.        Letter 531(DO) (Rev.3-1999)

7

| Form **5564-A**<br>(October 1999) | Department of the Treasury - Internal Revenue Service<br>**Notice of Deficiency - Waiver** | Symbols<br>S:C:F:TS:W:12/13:Group 14 |
|---|---|---|

14 NOV 2003

| Name and Address of Taxpayer(s) | Social Security or Employer Identification Number |
|---|---|
| Dean Gordon Potter<br><br>P.O. Box 887<br>Benicia, CA  94510-0887 | ▮ |

| Kind of Tax<br><br>INCOME | [x] Copy to Authorized Representative<br><br>Gordon C. Weaver<br>702 Derby Court<br>Carson City, NV  89703 |
|---|---|

|  | DEFICIENCY | |
|---|---|---|
| Tax Year Ended | Tax Increase | Penalties |
| December 31, 1998 | $496,227.00 | 6662(a)<br>$99,245.40 |
| Total(s) | $496,227.00 | $99,245.40 |

I consent to the immediate assessment and collection of the deficiencies (increase in tax and penalties) shown above, plus any interest. Also, I waive the requirement under section 6532(a)(1) of the Internal Revenue Code that a notice of claim disallowance be sent to me by certified mail for any overpayment shown on the attached report.

I understand that the filing of this waiver is irrevocable and it will begin the 2-year period for filing suit for refund of the claims disallowed as if the notice of disallowance had been sent by certified or registered mail.

| **Your Signature** | ➤ | (Signature) | | (Date signed) |
|---|---|---|---|---|
| **Spouse's Signature<br>(If A Joint Return<br>Was Filed)** | ➤ | (Signature) | | (Date signed) |
| **Taxpayer's<br>Representative<br>Sign Here** | ➤ | (Signature) | (Title) | (Date signed) |

(For instructions, see next page)

If you agree, please sign one copy of this form and return it; keep the other copy for your records.

| Sender:  L.O. | www.irs.gov | Form 5564-A  (Rev.10-199 |
|---|---|---|

## Instructions for Form 5564-A

**Note:**

If you consent to the assessment of the deficiencies shown in this waiver, please sign and return this form to limit the interest charge and expedite our bill to you. Please do not sign and return any prior notices you may have received. Your consent signature is required on this waiver, even if fully paid.

Your consent will not prevent you from filing a claim for refund (after you have paid the tax) if you later believe you are so entitled; nor prevent us from later determining, if necessary, that you owe additional tax; nor extend the time provided by law for either action.

If you later file a claim and the Service disallows it, you may file suit for refund in a District Court or in the United States Claims Court, but you may not file a petition with the United States Tax Court.

**Who Must Sign:**

If you filed jointly, both you and your spouse must sign. Your attorney or agent may sign this waiver provided that action is specifically authorized by a power of attorney which, if not previously filed, must accompany this form.

If this waiver is signed by a person acting in a fiduciary capacity (for example, an executor, administrator, or a trustee), Form 56, Notice Concerning Fiduciary Relationship, should, unless previously filed, accompany this form.

**Optional Paragraphs**

A check in the block to the left of a paragraph below indicates that the paragraph applies to your situation.

☐ The amount shown as the deficiency may not be billed, since all or part of the refund due has been held to offset all or a portion of the amount of the deficiency. The amount that will be billed, if any, is shown on the attached examination report.

☐ The amount shown as a deficiency may not be billed, since the refund due will be reduced by the amount of the deficiency. The net refund due is shown on the attached examination report.

Sender:    L.O.                          www.irs.gov                          Form 5564-A  (Rev.10-199

9

# HELPFUL CONTACTS FOR YOUR  "NOTICE OF DEFICIENCY"

Do you have questions/Concerns about this "Notice of Deficiency?" **First contact the person whose name and telephone number appear at the top of your letter.** This person can directly access your tax information and help you get answers.

Do you want assistance by a Taxpayer Advocate? This assistance **is not** a substitute for established IRS procedures, formal Appeals processes, etc. The Taxpayer Advocate **cannot** reverse legal or technically correct tax determinations, nor extend the time allowed by law to file a petition in the U.S. Tax Court. However, the Taxpayer Advocate **can** give your tax matter proper and prompt handling when unresolved through normal channels. You can call 1-877-777-4778 and ask for Taxpayer Advocate assistance, or see the list below to contact the Taxpayer Advocate for your local area or IRS office that issued the "Notice of Deficiency."

**ALABAMA**
Birmingham Office
801 Tom Martin Dr.
RM-150-PR
Birmingham, AL 35211
(205) 912-5631

**ALASKA**
Anchorage Office
949 East 36th Ave.
Stop A-405
Anchorage, AK 99508
(907) 271-6877

**ARIZONA**
Phoenix Office
210 E. Earll Drive
Stop 1005 PHX
Phoenix, AZ 85012
(602) 207-8240

**ARKANSAS**
Little Rock Office
700 West Capitol St.
Stop 1005 LIT
Little Rock, AR 72201
(501) 324-6269

**CALIFORNIA**
Laguna Niguel Office
24000 Avila Road
Room 3362
Laguna Niguel, CA 92677
(714) 389-4804

**CALIFORNIA**
Los Angeles Office
300 N. Los Angeles St.
Stop 1005 LA, Rm. 5119
Los Angeles, CA 90012
(213) 576-3199

**CALIFORNIA**
Oakland Office
1301 Clay St., # 1540S
Oakland, CA 94612
(510) 637-2703

**CALIFORNIA**
Sacramento Office
4330 Watt Ave.
N. Highlands, CA 95660
(916) 974-5007

**CALIFORNIA**
San Jose Office
55 S. Market St., HQ0004
San Jose, CA 95113
(408) 817-6850

**COLORADO**
Denver Office
600 17th St.
Stop 1005 DEN
Denver, CO 80202
(303) 446-1012

**CONNECTICUT**
Hartford Office
135 High St.
Stop 219
Hartford, CT 06103
(860) 756-4555

**DELAWARE**
Wilmington Office
409 Silverside Rd.
Wilmington, DE 19809
(302) 791-4502

**DISTRICT OF COLUMBIA**
Baltimore Office
31 Hopkins Plaza
Room 1130
Baltimore, MD 21201
(410) 962-2082

**FLORIDA**
Ft. Lauderdale Office
7850 SOUTHWEST
6TH COURT
Plantation, FL 33324
(954) 423-7677

**FLORIDA (cont.)**
Jacksonville Office
400 West Bay St.
STE 35045
C:TAS/INT:JAX
Jacksonville, FL 32202
(904) 665-1000

**GEORGIA**
Atlanta Office
401 W. Peachtree St., NW
Summit Bldg.
Stop 202-D, Room 1520
Atlanta, GA 30365
(404) 338-8099

**HAWAII**
Honolulu Office
300 Ala Moana Blvd.
50089, STOP H-405
Honolulu, HI 96850
(808) 539-2870

**IDAHO**
Boise Office
550 West Fort St.
Box 041
Boise, ID 83724
(208) 334-1324

**ILLINOIS**
Chicago Office
230 S. Dearborn St.
Stop 1005-CHI
Chicago, IL 60604
(312) 566-3800

**ILLINOIS**
Springfield Office
320 W. Washington St.
Stop 1005SPD
Springfield, IL 62701
(217) 527-6382

**INDIANA**
Indianapolis Office
575 N. Pennsylvania St.
Stop TA-770
Indianapolis, IN 46204
(317) 226-6332

**IOWA**
Des Moines Office
210 Walnut St.
Stop 1005-DSM
Des Moines, IA 50309
(515) 284-4780

**KANSAS**
Wichita Office
271 W. 3rd St., North
Stop 1005-WIC
Wichita, KS 67202
(316) 352-7506

**KENTUCKY**
Louisville Office
600 Dr. MLK Jr. Pl
Federal Bldg, Room 622
Louisville, KY 40202
(502) 582-6030

**LOUISIANA**
New Orleans Office
600 South Maestri Pl.
Stop 2
New Orleans, LA 70130
(504) 558-3001

**MAINE**
Augusta Office
68 Sewall St.
Room 313
Augusta, ME 04330
(207) 622-8528

**MARYLAND**
Baltimore Office
31 Hopkins Plaza
BALTIMORE
MARYLAND 21201
(410) 962-2082

**MASSACHUSETTS**
Boston Office
25 New Sudbury St.
Boston, MA 02203
(617) 565-1857

**MICHIGAN**
Detroit Office
McNamara Federal Bldg.
477 Michigan Ave.
Rm. 1745
Detroit, MI 48226
(313) 628-3670

**MINNESOTA**
St. Paul Office
316 North Robert St.
Stop 1005-STP
St. Paul, MN 55101
(651) 312-7999

**MISSISSIPPI**
Jackson Office
100 W. Capitol St.
Stop:JK31
Jackson, MS 39269
(601) 292-4800

**MISSOURI**
St. Louis Office
Robert A. Young Bldg.
1222 Spruce Street
Stop 1005-STL
St. Louis, MO 63103
(314) 612-4610

**MONTANA**
Helena Office
Federal Bldg., 301 S. Park
Stop 1005-HEL
Helena, MT 59626
(406) 441-1044

**NEBRASKA**
Omaha Office
1313 Farnam Street
Stop 1005-OMA
Omaha, NE 68102
(402) 221-4181

**NEVADA**
Las Vegas Office
4750 West Oakey Blvd.
STOP: 1005-LVG
Las Vegas, NV 89102
(702) 455-1241

Notice 1214 (Rev 7/2001)

10

**NEW HAMPSHIRE**
Portsmouth Office
Federal Office Bldg.
80 Daniel St.
Portsmouth, NH 03801
(603) 433-0571

**NEW JERSEY**
Springfield Office
955 S. Springfield Ave.
Springfield, NJ 07081
(973) 921-4043

**NEW MEXICO**
Albuquerque Office
5338 Montgomery Blvd N.E.
Stop 1005 ALB
Albuquerque, NM 87109
(505) 837-5505

**NEW YORK**
Albany Office
Leo O'Brien Federal Bldg
Room 617
1 CLINTON SQUARE
Albany, NY 12207
(518) 427-5413

**NEW YORK**
Brooklyn Office
10 Metro Tech Center
625 Fulton St.
Brooklyn, NY 11201
(718) 488-2080

**NEW YORK**
Buffalo Office
201 Como Park blvd
Buffalo, NY 14227
(716) 686-4850

**NEW YORK**
Manhattan Office
290 Broadway
7th Floor
New York, NY 10007
(212) 436-1011

**NORTH CAROLINA**
Greensboro Office
320 Federal Place
Rm. 125
Greensboro, NC 27401
(336) 378-2180

**NORTH DAKOTA**
Fargo Office
657 2nd Ave. N.
Stop 1005-FAR
Fargo, ND 58102
(701) 239-5141

**OHIO**
Cincinnati Office
550 Main St.
Room 3530
Cincinnati, OH 45202
(513) 263-3260

**OHIO**
Cleveland Office
1240 E. Ninth St. Rm. 423
Cleveland, OH 44199
(216) 522-7134

**OKLAHOMA**
Oklahoma City Office
55 N. Robinson
Stop 1005 OKC
Oklahoma City, OK 73102
(405) 297-4055

**OREGON**
Portland Office
1220 S.W. 3rd
Stop O-405
Portland, OR 97204
(503) 326-2333

**PENNSYLVANIA**
Philadelphia Office
600 Arch St.
Philadelphia, PA 19106
(215) 861-1304

**PENNSYLVANIA**
Pittsburgh Office
1000 Liberty Ave.
Pittsburgh, PA 15222
(412) 395-5987

**RHODE ISLAND**
Providence Office
380 Westminster St.
Providence, RI 02903
(401) 525-4200

**SOUTH CAROLINA**
Columbia Office
1835 Assembly St.
MDP 03
Columbia, SC 29201
(803) 253-3029

**SOUTH DAKOTA**
Aberdeen Office
115 4th Ave. Southeast
Stop 1005-ABE
Aberdeen, SD 57401
(605) 226-7248

**TENNESSEE**
Nashville Office
801 Broadway
Stop 22
Nashville, TN 37203
(615) 250-5000

**TEXAS**
Austin Office
300 E. 8th St.
Stop 1005-AUS
Austin, TX 78701
(512) 499-5875

**TEXAS**
Dallas Office
1100 Commerce St.
10th Flr,MC1005 DAL
Dallas, TX 75242
(214) 767-1289

**TEXAS**
Houston Office
1919 Smith St.
Stop 1005-HOU
Houston, TX 77002
(713) 209-3660

**UTAH**
Salt Lake City Office
50 South 200 East
Stop 1005 SLC
Salt Lake City, UT 84111
(801) 799-6958

**VERMONT**
Burlington Office
Courthouse Plaza
199 Main St.
Burlington, VT 05401
(802) 860-2089

**VIRGINIA**
Richmond Office
400 North 8th St.
Room 316
Richmond, VA 23240
(804) 916-3501

**WASHINGTON**
Seattle Office
915 2nd Ave.
Stop W-405
Seattle, WA 98174
(206) 220-6037

**WEST VIRGINIA**
Parkersburg Office
425 Juliana St.
Parkersburg, WV 26101
(304) 420-6616

**WISCONSIN**
Milwaukee Office
310 West Wisconsin Ave.
Stop 1005-MIL
Milwaukee, WI 53203
(414) 297-3046

**WYOMING**
Cheyene Office
5353 Yellowstone Rd.
Stop 1005CHE
Cheyenne, WY 82009
(307) 633-0800

**TAXPAYERS LIVING ABROAD/ U.S. TERR.**
A/C International
7 Tabonuco St. Rm 200
San Patricio Office bldg
Guaynabo, P.R. 00966
or P.O. Box 193479
San Juan, Puerto Rico
00919-3479
(787)622-8940 English
(787)622-8930 Spanish

**SERVICE CENTERS**

**Andover**
Service Center
Taxpayer Advocate
P.O. Box 9055
Stop 121
Andover, MA 01810
(978) 474-5549

**Atlanta**
Service Center
Taxpayer Advocate
P.O. Box 48-549
Stop 29A
Doraville, GA 30362
(770) 936-4500

**Austin**
Service Center
Taxpayer Advocate
P.O. Box 934
Stop 1005-AUSC
Austin, TX 78767
(512) 460-8300

**Brookhaven**
Service Center
Taxpayer Advocate
P.O. Box 960
Stop 102
Holtsville, NY 11742
(631) 654-6686

**Cincinnati**
Service Center
Taxpayer Advocate
P.O. Box 1235
Stop 11-G
Cincinnati, OH 45201
(859) 292-5316

**Fresno**
Service Center
Taxpayer Advocate
P.O. Box 12161
Stop 01
Fresno, CA 93776
(559) 443-7582

**Kansas City**
Service Center
Taxpayer Advocate
P.O. Box 24551
Stop 1005-KSC, Annex 10
Kansas City, MO 64131
(816) 926-2493

**Memphis**
Service Center
Taxpayer Advocate
P.O. Box 30309AMF
Stop 13
Memphis, TN 38130
(901) 395-1900

**Ogden**
Service Center
Taxpayer Advocate
P.O. Box 1640
Stop 1005
Ogden, UT 84402
(801) 620-7168

**Philadelphia**
Service Center
Taxpayer Advocate
P.O. Box 16053
DP #1300
Philadelphia, PA 19114
(215) 516-2499

Notice 1214 (Rev 7/2001)

**Internal Revenue Service**

Date: **14 NOV 2003**    FILE COPY

Gordon C. Weaver
702 Derby Court
Carson City, NV  89703

**Department of the Treasury**

Taxpayer Identifying Number:

Person to Contact:
  Leonard Antonio
  ID # 94-09515

Contact Telephone Number:
  (510) 637-2590

Dear Gordon C. Weaver:

　　The enclosed material is furnished to you under the provisions of a power of attorney or other authorization you have on file with us. For your convenience, we have listed below the name(s) of the taxpayer(s) to whom this material relates.

　　If you have any questions, please contact the person whose name and telephone number are shown above.

Sincerely yours,

Emmett Hannifin
Technical Services Territory Manager

Taxpayer(s)' Name(s):

Dean Gordon Potter

Case Number:    3308              Sender:    L.O.              Letter 937(DO) (Rev.7-87)

12

**Department of the Treasury**
**Internal Revenue Service**

450 Golden Gate Ave.
San Francisco, CA 94102

Date: JUL 1 3 2005

Dean Gordon Potter
P. O. Box 887
Benicia, CA 94510

Form:
  1040
Original Tax Amount:
  $573,358.00
Tax Year(s):
  1998
Taxpayer Identification Number:
  ███████

Person to Contact:
  Marie Allen, RA

Contact Identification Number:
  94-09384
Telephone Number:
  510.637.3785
Fax Telephone Number:
  415.522.6277

Dear Mr. Potter

We've finished looking at the information you sent us and we've made a decision about your audit reconsideration for the year(s) shown above.

We've decided to reduce the amount that you owe to $ 431,256.00          . This amount does not include penalties we've charged to your account, nor any interest that has accrued. The attached Form 4549, *Income Tax Examination Changes* and Form 886-A, *Explanation of Items* shows what we changed. You don't have to sign and return Form 4549 to us because we reduced the original amount owed.

If you agree with our decision please pay the amount due now. You can make arrangements to set up a payment plan if you're unable to pay the amount in full now. Our Publication 594, *The IRS Collection Process*, has complete information about what to do when you receive a tax bill. It also has further information about making monthly payments through an installment agreement. We're enclosing a copy of the publication with this letter for your convenience.

You can ask for a meeting should you disagree with our decision. You can officially request an appeals conference by filing a small case request or a formal written protest (which one you file depends on the amount we show that you owe). Publication 5, *Your Appeal Rights and How to Prepare a Protest If you Don't Agree*, describes how to request an appeals conference. You need to send us your request within 30 calendar days of this letter's date.

You can also contest our decision without an Appeals conference, In order to do this, however, you have to pay the full amount due and file a claim with the IRS. You must file your claim within three years from the date you filed your federal income tax return or two years from the date you paid the tax, whichever date is later. If you do nothing, we have to take action to collect the tax.

**EXHIBIT**

2

Letter 2737 (DO) (9-2000)
Cat. No. 30801H

13

Please contact the person whose name appears at the top of this letter with any questions you may have.

Thank you for your cooperation.

Sincerely yours,

Marie Allen
Revenue Agent

Enclosures:
Publication 5, Your Appeal Rights and How to Prepare a Protest If you Don't Agree
Publication 594, The IRS Collection Process
Form 4549, Income Tax Examination Changes
Form 886-A, Explanation of Items

**Letter 2737 (DO) (9-2000)**
Cat. No. 30801H

14

| Form **4549A** | Department of the Treasury - Internal Revenue Service<br>**Income Tax Examination Changes** | Page 1 of 2 |
|---|---|---|

**Name and Address of Taxpayer**

D. Gordon Potter
P. O. Box 887
Benicia  CA  94510

| SS or EI Number ████████ | Return Form No:<br>1040 |
|---|---|

| Person with whom examination changes were discussed. | Name and Title: |
|---|---|

| 1. **Adjustments to Income** | **Period End** 12/31/1998 | **Period End** | **Period End** |
|---|---|---|---|
| a. Itemized Deductions | (10,452.00) | | |
| b. Unexplained Deposits | (348,390.00) | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |
| p. | | | |
| 2. **Total Adjustments** | (358,842.00) | | |
| 3. Taxable Income Per Return or as Previously Adjusted | 1,494,584.00 | | |
| 4. **Corrected Taxable Income** | 1,135,742.00 | | |
|     Tax Method | SCHEDULE D | | |
|     Filing Status | Married Separate | | |
| 5. **Tax** | 431,256.00 | | |
| 6. Additional Taxes / Alternative Minimum Tax | | | |
| 7. Corrected Tax Liability | 431,256.00 | | |
| 8. **Less**   a. | | | |
|    **Credits**   b. | | | |
|         c. | | | |
|         d. | | | |
| 9. Balance (Line 7 less total of lines 8a through 8d) | 431,256.00 | | |
| 10. **Plus**   a. | | | |
|    **Other**   b. | | | |
|    **Taxes**   c. | | | |
|         d. | | | |
| 11. **Total Corrected Tax Liability** (line 9 plus line 10a - 10d) | 431,256.00 | | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 573,358.00 | | |
| 13. Adjustments to: a. Special Fuels Credit | | | |
|            b. | | | |
|            c. | | | |
| 14. **Deficiency-Increase in Tax** or (Overassessment Decrease in Tax) (Line 11 less 12 adjusted by 13) | (142,102.00) | | |
| 15. Adjustments to Prepayment Credits | | | |
| 16. **Balance Due or (Overpayment)** (Line 14 adjusted by Line 15) ( Excluding interest and penalties) | (142,102.00) | | |

The Internal Revenue Service has agreements with State tax agencies under which information about Federal tax, including increases or decreases, is exchanged with the States.  If this change affects the amount of your State income tax, you should file the State form.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income and do not pay the required tax.  The IRS may order backup withholding at 31 percent after four notices have been issued to you over a 120-day period and the tax has been assessed and remains unpaid.

| Form **4549A** | Department of the Treasury - Internal Revenue Service<br>**Income Tax Examination Changes** | | Page 2 of 2 |
|---|---|---|---|
| Name and Address of Taxpayer<br>D. Gordon Potter | SS or EI Number<br>███████ | | Return Form No:<br>1040 |

| 17. **Penalties** | Period End 12/31/1998 | Period End | Period End |
|---|---|---|---|
| a. Negligence | (28,420.40) | | |
| b. | | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| 18. **Total Penalties** | (28,420.40) | | |
| Underpayment attributable to negligence: (1981-1987) A tax addition of 50 percent of the interest due on underpayment will accrue until paid or assessed | | | |
| Underpayment attributable to fraud: (1981-1987) A tax addition of 50 percent of the interest due on underpayment will accrue until paid or assessed | | | |
| Underpayment attributable Tax Motivated Transactions TMT interest will accrue and be assessed at 120% of underpayment rate in accordance with IRC 6621(c) | 0.00 | | |

| 19. **Summary of Taxes, Penalties and Interest:** | | | |
|---|---|---|---|
| a. Balance due or Overpayment Taxes -- Line 16, Page 1 | (142,102.00) | | |
| b. Penalties (Line 18, Page2)-computed to 06/09/2005 | (28,420.40) | | |
| c. Interest (IRC§ 6601)-computed to 07/09/2005 | 0.00 | | |
| d. TMT Interest -- computed 07/09/2005 on TMT underpayment | 0.00 | | |
| e. Amount due or refund (sum of lines a, b, c and d) | (170,522.40) | | |

**Other Information:**

The above adjustments reflect a full abatement of previously assessed "Unexplained Deposits" (in the amount of $348,390.00) and a partial abatement of previously assessed "Itemized Deductions" (in the amount of $36,498.00).

| Examiner's Signature:<br>Marie Allen | Employee ID:<br>94-09384 | Office:<br>San Francisco | Date:<br>06/09/2005 |
|---|---|---|---|

RGS Version 5.20.00

Form CG-4549A

16

| Substitute for Form **5278** | Department of the Treasury - Internal Revenue Service **Income Tax Examination Changes** | 1. Office Symbols: SE:S:E:CAA:SAC2:2 |
|---|---|---|

| 2. Name(s) of Taxpayer(s) D. Gordon Potter | 3. ☐ Notice of Deficiency<br><br>☐ Settlement Computation<br><br>☐ Other (Specify) |
|---|---|

| 4. TIN ▇▇▇▇▇ | 5. Form Number    1040 | 6. Court docket number |
|---|---|---|

| | | Tax Years Ended: | | |
|---|---|---|---|---|
| **7. Adjustments to Income** | Year: 12/31/1998 | Year: | Year: |
| a. Itemized Deductions | (10,452.00) | | |
| b. Unexplained Deposits | (348,390.00) | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| **8. Total Adjustments** | (358,842.00) | | |
| 9. a. Taxable Income | | | |
| b. As shown in: | | | |
| ☐ Preliminary letter dated | | | |
| ☐ Notice of deficiency date | | | |
| ☐ Return as filed | 1,494,584.00 | | |
| **10. Taxable Income as Revised** | 1,135,742.00 | | |
| 11. Tax | 431,256.00 | | |
| 12. Alternative Tax, If Applicable | | | |
| **13. Corrected Tax Liability** | 431,256.00 | | |
| 14. Less    a. | | | |
| Credits    b. | | | |
| (Specify)   c. | | | |
| **15. Balance** (Line 13 less amounts on lines 14a – 14c) | 431,256.00 | | |
| 16. Plus    a. | | | |
| b. | | | |
| c. | | | |
| **17. Total Corrected Income Tax Liability** (Line 15 plus total of lines 16a through 16c) | 431,256.00 | | |
| 18. Total Tax Shown on Return or as Previously Adjusted | 573,358.00 | | |
| 19. Adjustment to:  a. Credit – Federal Tax Paid on Fuels | | | |
| b. | | | |
| c. | | | |
| **20. Increase in Tax** or **(Overassessment – Decrease in Tax)** (Line 17 adjusted by Lines 18 and 19) | (142,102.00) | | |
| **21. Additions/Adjustments to the Tax:** | | | |
| Negligence | (28,420.40) | | |

SEE ATTACHMENT FOR NOTICES AND OTHER INFORMATION

Form CG-5278

17

Taxpayer: D. Gordon Potter
TIN: ██████████

Tax Periods: 12/31/1998

## OTHER INFORMATION

The Internal Revenue Service has agreements with State tax agencies under which information about Federal tax, including increases or decreases, is exchanged with the States.  If this change affects the amount of your State income tax, you should file the required State form.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income and do not pay the required tax.  The IRS may order backup withholding at 20 percent after four notices have been issued to you over a 120-day period and the tax has been assessed and remains unpaid.

| Name of Taxpayer: | D. Gordon Potter | | 06/09/2005 |
|---|---|---|---|
| Identification Number: | ▮▮▮▮ | Total | 5.20.00 |

### 1998   - FORM 6251 - ALTERNATIVE MINIMUM TAX COMPUTATION

| | |
|---|---|
| 1. Total Adjustments and Preferences | 26,095.00 |
| 2. Tax Table Income (from Form 1040, line 37) | 1,135,742.00 |
| 3. Net Operating Loss Deduction | 0.00 |
| 4. Itemized Deduction Limitation (from Schedule A Worksheet) | ($33,674.00) |
| 5. Combine lines 1 through 4 | 1,128,163.00 |
| 6. Alternative Tax Net Operating Loss Deduction | 0.00 |
| 7. Alternative Minimum Taxable Income | 1,150,663.00 |
| 8. Exemption Amount | 0.00 |
| 9. Subtract line 8 from line 7 (if 0 or less, enter 0) | 1,150,663.00 |
| 10. If line 9 is $175,000 or less ($87,500 or less if married filing separate) multiply line 9 by 26% | 318,272.00 |
| 11. Alternative Minimum Tax Foreign Tax Credit | 0.00 |
| 12. Tentative Minimum Tax (Subtract 11 form 10) | 318,272.00 |
| 13. Regular Tax Before Credits (less Foreign Tax Credit) | 431,256.00 |
| 14. Alternative Minimum Tax (before credit) | 0.00 |
| 15. Empowerment Zone Employment Credit | 0.00 |
| 16. Net Alternative Minimum Tax (line 14 less line 15) | 0.00 |

### EXEMPTION WORKSHEET (Line 8)

| | |
|---|---|
| A. Exemption amount based on filing status | 22,500.00 |
| B. Alternative Minimum Taxable Income (line 7) | 1,150,663.00 |
| C. Enter $112,500 ($150,000 if married filing jointly or qualifying widow(er), $75,000 if married filing separate) | 75,000.00 |
| D. Subtract line C from line B | 1,075,663.00 |
| E. Multiply line D by 25% | 268,916.00 |
| F. Subtract line E from line A (if zero or less, enter 0) | 0.00 |

19

| Name of Taxpayer: | D. Gordon Potter | | 06/09/2005 |
|---|---|---|---|
| Identification Number: | | Total | 5.20.00 |

1998      - FORM 6251 - CONTINUATION, USING MAXIMUM CAPITAL GAINS RATES
COMPUTATION OF LINE 10 WHEN SCHEDULE D IS COMPLETED

| | |
|---|---|
| 1. Amount from Form 6251 Report, line 9 | 1,150,663.00 |
| 2. Amount from Schedule D Report, line 22 (refigured for AMT) | 27,037.00 |
| 3. Amount from Schedule D Report, line 20 (refigured for AMT) | 0.00 |
| 4. Add line 2 and 3 | 27,037.00 |
| 5. Amount from Schedule D Report, line 17 (refigured for AMT) | 27,037.00 |
| 6. Smaller of line 4 or line 5 | 27,037.00 |
| 7. Subtract line 6 from line 1 | 1,123,626.00 |
| 8. If line 7 is $175,000 or less ($87,500 if MFS) multiply line 7 by 26%. Otherwise, multiply line 7 by 28% and subtract $3,500 ($1,750 if MFS) from result | 312,865.00 |
| 9. Amount from Schedule D Report, line 31 | 0.00 |
| 10. Smallest of line 1, 2, or line 9 | 0.00 |
| 11. Multiply line 10 by 10% | 0.00 |
| 12. Smaller of line 1 or line 2 | 27,037.00 |
| 13. Amount from line 10 | 0.00 |
| 14. Subtract line 13 from line 12 (not less than 0) | 27,037.00 |
| 15. Multiply line 14 by 20% | 5,407.00 |
| 16. Amount from line 1 | 1,150,663.00 |
| 17. Add lines 7, 10, and 14 | 1,150,663.00 |
| 18. Subtract line 17 from line 16 | 0.00 |
| 19. Multiply line 18 by 25% | 0.00 |
| 20. Add lines 8, 11, 15, and 19 | 318,272.00 |
| 21. If line 1 is $175,000 or less ($87,500 if MFS) multiply line 1 by 26%. Otherwise, multiply line 1 by 28% and subtract $3,500 ($1,750 if MFS) from result | 320,436.00 |
| 22. Smaller of line 20 or 21, enter here and on line 10 of Form 6251 Report | 318,272.00 |

20

| | | |
|---|---|---|
| Name Of Taxpayer: | D. Gordon Potter | 06/09/2005 |
| Identification Number: | Total | 5.20.00 |

## 1998 - PERSONAL EXEMPTION WORKSHEET

1. Multiply $ 2,700.00 by the total number of exemptions claimed on Form 1040, line 6e                    2,700.00

2. Adjusted Gross Income                    1,184,723.00

3. Limitation based on Filing Status                    93,400.00

4. Subtract line 3 from line 2                    1,091,323.00

5. Divide line 4 by $2,500
   ($1,250 if married filing separate)                    0.00

6. Multiply line 5 by 2% and enter the result as a decimal                    0.00

7. Multiply line 1 by line 6                    0.00

8. Deduction for exemptions (Subtract line 7 from line 1)                    0.00

Note: If Line 4 is more than $122,500. or ($61,250. if married filing separately), a deduction for

exemptions cannot be taken.

| Name Of Taxpayer: | D. Gordon Potter | | 06/09/2005 |
|---|---|---|---|
| Identification Number: | ███████ | Total | 5.20.00 |

### 1998 - SCHEDULE A - ITEMIZED DEDUCTIONS

| | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| 1. Medical, dental and insurance premiums | 0.00 | 0.00 | 0.00 |
| 2.   7.50% of Adjusted Gross Income | 114,983.00 | 88,854.00 | |
| 3. Net Medical and Dental Expense | 0.00 | 0.00 | 0.00 |
| 4. Taxes | 28,487.00 | 28,487.00 | 0.00 |
| 5. Home Interest Expense | 47,597.00 | 47,597.00 | 0.00 |
| 6. Investment Interest | 6,035.00 | 6,035.00 | 0.00 |
| 7. Other Interest Expense | 536.00 | 536.00 | 0.00 |
| 8. Total Interest Expense | 54,168.00 | 54,168.00 | 0.00 |
| 9. Contributions | 0.00 | 0.00 | 0.00 |
| 10. Casualty and theft Losses | 0.00 | 0.00 | 0.00 |
| 11. Miscellaneous deductions subject to AGI limit | 1,590.00 | 1,590.00 | 0.00 |
| 12.   2.00% of Adjusted Gross Income | 30,662.00 | 23,694.00 | |
| 13. Excess Miscellaneous deductions | 0.00 | 0.00 | 0.00 |
| 14. Other Miscellaneous deductions | 0.00 | 0.00 | 0.00 |
| 15. Total itemized deductions (Sum of Lines 3,4,8, 9,10,11,14, and 15 less any applicable limitation) | 38,529.00 | 48,981.00 | (10,452.00) |

### ITEMIZED DEDUCTIONS WORKSHEET - PER EXAM

| | |
|---|---|
| A. Total of lines 3, 4, 8, 9, 10, 11, 14, and 15 | 82,655.00 |
| B. Total of lines 3, 6, 10, (plus any gambling losses included on line 15) | 6,035.00 |
| C. Line A less Line B | 76,620.00 |
| D. Multiply the amount on line C by 80% | 61,296.00 |
| E. Adjusted Gross Income from Form 1040 | 1,184,723.00 |
| F. Itemized Deduction Limitation | 62,250.00 |
| G. Line E less Line F | 1,122,473.00 |
| H. Multiply the amount on Line G by 3% | 33,674.00 |
| I.   Enter the smaller of Line D or Line H | 33,674.00 |
| J. Total Itemized Deductions (entered on line 16 above) | 48,981.00 |

Name of Taxpayer:  D. Gordon Potter                                06/09/2005
Identification Number:  ▮▮▮▮▮▮▮              Total                  5.20.00

### 1998  - SCHEDULE D - CAPITAL GAINS AND LOSSES

| | |
|---|---:|
| 1. Short-term capital gain or loss | 0.00 |
| 2. Short-term capital loss carryover | 0.00 |
| 3. Net Short-term Gain or Loss (Add line 1 and 2) | 0.00 |
| 4. Long-term capital gain or loss | 30,375.00 |
| 5. Long-term capital gain or loss carryover | 0.00 |
| 6. Net long-term Gain or Loss (Add line 4 and 5) | 30,375.00 |
| 7. Sum of lines 3 and 6 - Net Capital Gain or Loss | 30,375.00 |
| 8. Capital loss limitation | 0.00 |
| 9. Capital Gain or Loss - As Corrected | 30,375.00 |
| 10. Capital Gain or Loss - Per Return | 30,375.00 |
| 11. Line  9 less line 10 - Adjustment to Income | 0.00 |

**CORRECTED CARRYOVER**

| | |
|---|---:|
| 12. Short-term Carryover to Subsequent Year | 0.00 |
| 13. Long-term Carryover to Subsequent Year | 0.00 |

**COMPUTATION OF ALTERNATE TAX**

| | |
|---|---:|
| 14. Taxable Income | 1,135,742.00 |
| 15. Smaller of line 6 or line 7 | 30,375.00 |
| 16. Form 4952, line 4e | 3,338.00 |
| 17. Subtract line 16 from line 15 | 27,037.00 |
| 18. Combine line 3 and Total 28% Rate Gain (not less than 0) | 0.00 |
| 19. Smaller of line 18 and Total 28% Rate Gain | 0.00 |
| 20. Unrecaptured Section 1250 Gain | 0.00 |
| 21. Add line 19 and 20 | 0.00 |
| 22. Subtract line 21 from line 17 (not less than 0) | 27,037.00 |
| 23. Subtract line 22 from line 14 (not less than 0) | 1,108,705.00 |
| 24. Smaller of line 14 or 21,175.00 | 21,175.00 |
| 25. Smaller of line 23 or line 24 | 21,175.00 |
| 26. Subtract line 17 from line 14 (not less than 0) | 1,108,705.00 |
| 27. Larger of line 25 or line 26 | 1,108,705.00 |
| 28. Tax on amount on line 27 | 425,849.00 |
| 29. Amount from line 24 | 21,175.00 |
| 30. Amount from line 23 | 1,108,705.00 |
| 31. Subtract line 30 from line 29 (not less than 0) | 0.00 |
| 32. Multiply line  31 by 10% | 0.00 |
| 33. Smaller of line 14 or line 22 | 27,037.00 |
| 34. Amount from line 31 | 0.00 |
| 35. Subtract line 34 from line 33 (not less than 0) | 27,037.00 |
| 36. Multiply line 35 by 20% | 5,407.00 |
| 37. Smaller of line 17 or line 20 | 0.00 |
| 38. Add lines 17 and  27 | 1,135,742.00 |
| 39. Amount from line 14 | 1,135,742.00 |
| 40. Subtract line 39 from line 38 | 0.00 |
| 41. Subtract line 40 from line 37 | 0.00 |
| 42. Multiply line 41 by 25% | 0.00 |
| 43. Amount from line 14 | 1,135,742.00 |
| 44. Add lines 27, 31, 35, and  41 | 1,135,742.00 |
| 45. Subtract line 44 from line 43 | 0.00 |
| 46. Multiply line 45 by 28% | 0.00 |
| 47. Add lines 28, 32, 36, 42, and  46 - Alternative Tax | 431,256.00 |



# United States of America

### Department of the Treasury
### Internal Revenue Service

Date:  August 29, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:  is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for D. Gordon Potter, Social Security Numbers: ███████ and ███████ covering United States Individual Income Tax for the period ending December 31, 1998

under the custody of this office.



IN WITNESS WHEREOF,  I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

David R. Martin
Chief, Accounting Control/Services Operations



**EXHIBIT**

3

24

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

```
----------------------------------------------------------------------------------
```

D GORDON POTTER                          EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1998

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|----------------------------------|
| | ADJUSTED GROSS INCOME 1,533,113.00 | | | |
| | TAXABLE INCOME 1,494,584.00 | | | |
| 10-17-1999 | RETURN FILED & TAX ASSESSED 82221-289-86113-9  199944 | | 77,131.00 | 11-15-1999 |
| 04-15-1999 | WITHHOLDING & EXCESS FICA | | 72,043.00 | |
| 04-15-1999 | EXTENSION OF TIME TO FILE EXT. DATE  08-15-1999 | | | |
| 04-15-1999 | SUBSEQUENT PAYMENT | | 5,800.00 | |
| 08-15-1999 | EXTENSION OF TIME TO FILE EXT. DATE  10-15-1999 | | | |
| 11-15-1999 | REFUND | | (712.00) | |
| 10-17-2000 | RECEIVED POA/TIA | | | |
| 12-11-2003 | UPDATED POA/TIA | | | |
| 02-26-2004 | ASSESSMENT STATUTE EXPIR DATE EXTEND TO 04-15-2004 | | | |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 29247-477-00094-4  200412 | | 0.00 | 04-05-2004 |
| 04-05-2004 | RENUMBERED RETURN 29247-477-00094-4 | | | |
| | QUICK ASSESSMENT IRC 6662 ACCURACY PENALTY 29251-076-13301-4 | 99,245.40 | | 03-16-2004 |

FORM 4340  (REV. 01-2002)                PAGE   1

D GORDON POTTER                          EIN/SSN: 

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1998

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| | QUICK ASSESSMENT 29251-076-13301-4 | 496,227.00 | | 03-16-2004 |
| | INTEREST ASSESSED 200414 | 114,294.42 | | 03-16-2004 |
| 08-30-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 10-08-2004 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 04-15-2004 | OVERPAID CREDIT APPLIED 1040      200312 | | 3,161.00 | |
| 11-05-2004 | LEGAL SUIT PENDING | | | |
| 11-12-2004 | FEDERAL TAX LIEN | | | |
| 12-06-2004 | FEES AND COLLECTION COSTS | 28.00 | | |
| 10-07-2004 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |

FORM 4340  (REV. 01-2002)              PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

D GORDON POTTER                           EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1998


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|----------------------------------|
| 10-12-2004 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 12-06-2004 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 03-14-2005 | UPDATED POA/TIA | | | |
| 03-16-2005 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 300,000.00 | |
| 06-21-2005 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 54,500.00 | |
| 07-12-2005 | UPDATED POA/TIA | | | |
| 07-25-2005 | AMENDED RETURN FILED 49277-614-00495-5 | | | |
| 07-29-2005 | AMENDED RETURN FILED 49277-614-00496-5 | | | |
| 08-11-2005 | LEGAL SUIT PENDING | | | |
| 03-16-2004 | Statutory Notice of Balance Due | | | |
| 04-19-2004 | Statutory Notice of Balance Due | | | |
| 05-24-2004 | Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)              PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

D GORDON POTTER                          EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1998


|      |                            | ASSESSMENT,  | PAYMENT,   | ASSESSMENT |
| DATE | EXPLANATION OF TRANSACTION | OTHER DEBITS | CREDIT     | DATE (23C, |
|      |                            | (REVERSAL)   | (REVERSAL) | RAC 006 )  |
--------------------------------------------------------------------------------
06-28-2004 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)                PAGE    4

28

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------

D GORDON POTTER                    EIN/SSN:  ███████

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1998
--------------------------------------------------------------------

BALANCE       352,133.82

--------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

--------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: _David R. Martin_ (signature)

PRINT NAME:_____David R. Martin_____

TITLE:_____Chief, Accounting Control/Services Operations_____

DELEGATION ORDER:_____CS/SP – F : 19 (Rev. 10)_____

LOCATION: INTERNAL REVENUE SERVICE

        ACCOUNT STATUS DATE 08/25/2005

FORM 4340  (REV. 01-2002)              PAGE    5

29