Internal Revenue Service

Department of the Treasury

Internal Revenue Service
1301 Clay Street, 895S
Oakland, CA 94612

Date: MAR 23 2005

IRS Contact Person Name:
Leonard Antonio
Telephone Number:
(510) 637-2590
Identification Number:
94-09515
Location Symbols:
S:C:F:TS:W:12/13:Group 14
Last Day to File a Petition With the United States Tax Court:
JUN 21 2005
Taxpayer Identification Number:
95-2885601

Unico Services, Inc., aka
Unico Service Co. Inc.; aka
Unico Services Co., Inc.; fka
Unico Replacement Parts Inc.
946 Grant Street
Benicia, CA 94510-0887

# NOTICE OF DETERMINATION OF WORKER CLASSIFICATION

Dear Taxpayer,

This letter is your Notice of Determination of Worker Classification ("Notice"), as required by law, to notify you (before assessment) that we have determined that you owe additional employment tax, additions to tax, and/or penalties for the tax periods identified below.

We have made three determinations:

- we have determined that for purposes of federal employment taxes, the individual(s) described or listed in Table 1 below are to be legally classified as employees for the tax periods indicated;

- we have determined that with respect to such individual(s) you are not entitled to relief from employment tax under the treatment described in section 530(a) of the Revenue Act of 1978; and

- we have determined that for the tax periods indicated, you owe additional employment tax, additions to tax, and/or penalties in the amounts set forth in Table 2 following the list of reclassified individuals. (Please be aware that the figures on Table 2 do not include the interest that is required by law to be imposed on underpayments of tax.)

EXHIBIT 6

PENGAD-Bayonne, N. J.

44

Letter 3523 (1-2002)
Catalog Number 33170R

If you want to contest any or all of our three determinations in the United States Tax Court, you must file a petition with the United States Tax Court by the date indicated on the first page of this letter as the "Last Day to File a Petition With the United States Tax Court." You may mail the petition to the Tax Court (and/or write to the court with questions about the Tax Court proceedings) at the following address:

United States Tax Court
400 Second Street, N.W.
Washington, DC 20217

The time you have to file a petition with the Tax Court (that is, before the 91st day after the letter is mailed) is set by law and cannot be extended or suspended. Therefore, contacting the Internal Revenue Service (IRS) or contacting the Tax Court for more information, or receiving other correspondence from the IRS, will not change the period for filing a petition with the Tax Court.

We have enclosed several documents with this Notice of Determination of Worker Classification. Forms 4666, 4667, and/or 4668 provide details on how we calculated the amount of your additional employment tax liability. Form 2504-WC is a waiver form that you may use if you decide not to file a petition in the Tax Court. Sending us a signed Form 2504-WC gives us permission to assess the proposed amounts quickly and can help limit the accumulation of interest. Publication 3953, "Questions & Answers About Tax Court Proceedings for Determination of Employment Status Under I.R.C. § 7436" provides details about this Notice and the Tax Court proceedings.

If you have any questions about this letter, you may write to the person whose name and IRS address are shown on the front of this letter. If you write, please include your telephone number, the best time for us to call you if we need more information, and a copy of this letter to help us identify your account. Keep the original letter for your records.

If you prefer, you may call the IRS contact person at the telephone number on the front page of this letter. If this number is outside your local calling area, there will be a long distance charge to you. You may call the IRS telephone number listed in your local directory. An IRS employee there may be able to help you, but the contact person at our address shown on this letter is most familiar with your case.

You also have the right to contact a Taxpayer Advocate. If you believe that your tax matter is not being resolved through established IRS procedures or you are suffering or about to suffer a significant hardship, a Taxpayer Advocate may assist you in getting your tax matter addressed in a prompt and proper manner. A Taxpayer Advocate, however, does not have the ability to reverse legally correct tax determinations, extend the time fixed by law for filing a petition in the United States Tax Court, or act as a substitute for established IRS procedures, such as the formal appeals process. If you would like to contact a Taxpayer Advocate for assistance, please refer to section 12 of the enclosed Publication 3953 for the address and telephone number of your local Taxpayer Advocate.

Thank you for your cooperation.

Sincerely,

Mark W. Everson

Commissioner
By

L. Alvarado

Leo V. Alvarado
Technical Services Territory Manager

Enclosures:
Form 2504-WC Agreement to Assessment and Collection of Additional Tax and Acceptance of Overassessment in Worker Classification Cases
Form 4666 Summary of Employment Tax Examination
Form 4667 Examination Changes - Federal Unemployment Tax
Form 4668 Employment Tax Examination Changes Report
Publication 3953 Question and Answers About Tax Court Proceedings for Determination of Employment Status Under I.R.C.§ 7436

For the tax periods indicated, we determined that the following individual(s) are to be legally classified as your employees:

**TABLE 1**

Individuals / Tax Periods

| | Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter | Calendar Year |
|---|---|---|---|---|---|---|
| Dean Gordon Potter | 2001 | 0 | 650,000.00 | 13,181.73 | 250,000.00 | 913,181.73 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |



Letter 3523 (1-2002)
Catalog Number: 33170R

Table 2 indicates the proper amount of employment tax, additions to tax, and/or penalties that arises from the classification of the above-listed individuals as employees. Please note that these figures do not include the interest that accrues on the underpayment of tax.

**TABLE 2**

**Tax Period Ending**

| Year | Type of Tax | March 31 | June 30 | Sept. 30 | Dec. 31 | TOTAL |
|---|---|---|---|---|---|---|
| 2001 | Old Age, Survivor, Disability Insurance | $ 0 | $ 9,969.60 | $ | $ | $ 9,969.60 |
| 2001 | Hospital Insurance | 0 | $ 18,850.00 | $ 382.27 | $ 7,250.00 | $ 126,482.27 |
| 2001 | Income Tax Withholding | 0 | $ 182,000.00 | $ 3,690.88 | $ 68,750.00 | $ 254,440.88 |
| | Federal Unemployment Tax Act | 0 | | | | |
| 2001 | Addition to Tax I.R.C. § 6656 | 0 | $ 1,440.98 | $ 19.11 | $ 362.50 | $ 1,822.59 |
| 2001 | Addition to Tax I.R.C. § 6662(a) | 0 | $ 42,163.92 | $ 814.63 | $ 15,200.00 | $ 58,178.55 |
| | Penalty I.R.C. § | | | | | |
| 2001 | TOTAL | 0 | $ 254,424.50 | $ 4,906.89 | $ 91,562.50 | $ 350,893.89 |
| | | | | | | |
| | Old Age, Survivor, Disability Insurance | | | | | |
| | Hospital Insurance | | | | | |
| | Income Tax Withholding | | | | | |
| | Federal Unemployment Tax Act | | | | | |
| | Addition to Tax I.R.C. § | | | | | |
| | Addition to Tax I.R.C. § | | | | | |
| | Penalty I.R.C. § | | | | | |
| | TOTAL | | | | | |
| | | | | | | |
| | Old Age, Survivor, Disability Insurance | | | | | |
| | Hospital Insurance | | | | | |
| | Income Tax Withholding | | | | | |
| | Federal Unemployment Tax Act | | | | | |
| | Addition to Tax I.R.C. § | | | | | |
| | Addition to Tax I.R.C. § | | | | | |
| | Penalty I.R.C. § | | | | | |
| | TOTAL | | | | | |

Form **2504-WC** (1-2002)

Department of the Treasury-Internal Revenue Service

**Agreement to Assessment and Collection of Additional Tax and Acceptance of Overassessment in Worker Classification Cases**

(Employment Tax)

Date received by Internal Revenue Service

Name, SSN or EIN, and address of taxpayer(s) (Number, street, city or town, State, ZIP Code)

Unico Services, Inc., aka Unico Service Co. Inc.; aka Unico Services Co., Inc.; fka Unico Replacement Parts Inc.
P.O. Box 887, Benicia, CA 94510-0887

95-2885601

Additional Tax and Penalties

| Tax Period Ended | Return Form Number | Kind of Tax and Internal Revenue Code Section | Amount of Tax | Penalty |
|---|---|---|---|---|
| 03/31/2001 - 12/31/2001 | 941 | FICA and Withholding 3101, 3111, 3509, 3402 | $290,892.75 | $60,001.14 |
| | | | | |
| | | | | |
| | | | | |
| | | Total | $290,892.75 | $60,001.14 |

Decrease in Tax and Penalties

| Tax Period Ended | Return Form Number | Kind of Tax and Internal Revenue Code Section | Amount of Tax | Penalty |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | Total | | |

I consent to the immediate assessment and collection of any additional tax and penalties and accept any overassessment (decrease in tax and penalties) shown above, plus any interest provided by law. I understand that by signing this agreement, I am waiving the restrictions on assessment provided in section 7436(d) and 6213(a) of the Internal Revenue Code of 1986.

| | | |
|---|---|---|
| | | Date |
| | | Date |
| By | Title | Date |

Note: If you consent to the assessment of the amounts shown in this agreement, your signature will expedite our adjustment to your account. Your consent will not prevent you from filing a claim for refund (after you have paid the tax) if you later believe you are entitled to a refund. It will not prevent us from later determining, if necessary, that you owe additional tax; nor extend the time provided by law for either action.

Who Must Sign

If you are making this agreement for a partnership, all partners must sign. However, one partner may sign with appropriate evidence of authorization to act for the partnership.

For a corporation, enter the name of the corporation followed by the signature and title of the officer(s) authorized to sign.

For an agent or attorney acting under a power of attorney, a power of attorney must be sent with this form if not previously filed.

Form 4666 (Rev. February 1994)

Department of the Treasury - Internal Revenue Service

# Summary of Employment Tax Examination

Name and Address of Employer

Unico Services, Inc., aka Unico Service Co. Inc.; aka Unico Services Co., Inc.; fka Unico Replacement Parts Inc.
P.O. Box 887, Benicia, CA 94510-0887

Employer Identification Number: 95-2885601

Date of Report: 02/01/2005

Type of Report

☐ Delinquent tax (Return not filed)
☒ Increase(Decrease) in tax (Return filed)
☐ Agreed (This report is subject to review and you will be notified by the District Director when it is accepted)
☒ Unagreed

Following is a summary of the results of my examination of your returns as shown on the attached pages of this report.

| a | b | Tax and Penalties | | | | f |
|---|---|---|---|---|---|---|
| | | c | d | | e | |
| Calendar Year | Return Form Number | Delinquent Tax, Increase (Decrease) In Tax | Penalty Code Section | Penalty Amount | Total | Page Number of Report |
| 2001 | 941 | 290,892.75 | 6656,6662 | 60,001.14 | 350,893.89 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | Total | 290,892.75 | | 60,001.14 | 350,893.89 | |

Other Information

This does not constitute an income tax examination.

Examining Officer's Signature: [signature]

District: Northern California

Cat. No. 41874S

Form 4666 (Rev. 02-1994)

| Form 4668 (Rev. April 1994) | Department of the Treasury — Internal Revenue Service **Employment Tax Examination Changes Report** | Return form number 941 |
|---|---|---|

| Name and Address of Employer | Employer Identification number | Calendar year |
|---|---|---|
| Unico Services, Inc.; aka Unico Service Co. Inc.; aka Unico Services Co., Inc.; fka Unico Replacement Parts Inc. | 95-2885601 | 2001 |
| P.O. Box 887, Benicia, CA 94510-0887 | Total tax plus penalty, or (decrease) in tax $ 350,893.89 | Last quarter of this examination 12/31/2001 |
| Examination discussed with (Name and title) | ( ) Agreed (Subject to acceptance by the District Director) (X) Unagreed | |

| | IRS Ref. | (a) Applicable Rate | (b) 1st Quarter | (c) 2nd Quarter | (d) 3rd Quarter | (e) 4th Quarter |
|---|---|---|---|---|---|---|
| 1. Social security and Medicare wage adjustment subject to tax under IRC 3101 and 3111 | 004 | 12.40% | | 80,400.00 | | |
| | 073 | 2.90% | | 650,000.00 | 13,181.73 | 250,000.00 |
| 2. Social security and Medicare wage adjustment subject to tax under IRC 3509(a) | 079 | 0.00% | | | | |
| | 079 | 0.00% | | | | |
| 3. Social security and Medicare wage adjustment subject to tax under IRC 3509(b) | 079 | 0.00% | | | | |
| | 079 | 0.00% | | | | |
| 4. Social security and Medicare tip adjustment subject to tax under IRC 3101 and 3111 | 005 | 0.00% | | | | |
| | 073 | 0.00% | | | | |
| 5. Income tax withholding wage adjustment subject to tax under IRC 3402 | | 28/27.5% | | 650,000.00 | 13,181.73 | 250,000.00 |
| 6. Income tax withholding wage adjustment subject to tax under IRC 3509 | 079 | 0.00% | | | | |
| 7. Payments subject to backup withholding under IRC 3406 | | | | | | |
| 8. Adjustment to social security tax and Medicare tax | 185 | | | | | |
| 9. Adjustment to Income tax withholding | 184 | | | | | |
| 10. Total social security and Medicare tax (Lines 1, 2, 3, 4 x rates) plus/minus Line 8 | 007 | | | 28,819.60 | 382.27 | 7,250.00 |
| 11. Total income tax withholding (Lines 5, 6 x rate) plus/minus Line 9 | 003 | | | 182,000.00 | 3,690.88 | 68,750.00 |
| 12. Total backup withholding (Line 7 x rate) | 008 | | | | | |
| 13. Delinquent tax or increase (decrease) in tax (Lines 10 and 11) or backup withholding (Line 12) | | | | 210,819.60 | 4,073.15 | 76,000.00 |
| 14. Penalty code section 6651 | | | | | | |
| 15. Penalty code section 6656 | | | | 1,440.98 | 19.11 | 362.50 |
| 16. Penalty code section 6662 | | | | 42,163.92 | 814.63 | 15,200.00 |
| 17. Maximum tax available for abatement under IRC 3402(d) | | | | 182,000.00 | 3,690.88 | 68,750.00 |

Under IRC sections 6051 and 6071 and the regulations under those sections, you are required to furnish W-2c (Statement of Corrected Income Tax Amounts) on or before the last day of January 2006 to each of the 1 employees whose wages are adjusted by this report. Also, you are required to file the original of these statements with Form W-3c (Transmittal of Corrected Income and Tax Statements) by the last day of February 2006. IRC 6721 and 6722 provide penalties for failure to file and failure to furnish these statements by the required dates. Please file these statements with:

| Examiner's signature | Group Number | District | Date |
|---|---|---|---|
| Edward Tillotson 94-06682 | 1375 | Northern California | 02/01/05 |

| Last Name | First Name | SSN/EIN | Date | Check Number | Amount | Subcategory | Comments |
|---|---|---|---|---|---|---|---|
| Potter | Dean Gordon | 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 | 05/07/2001 | | $200,000.00 | Sub-Contractor | |
| Potter | Dean Gordon | 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 | 05/25/2001 | | $200,000.00 | Sub-Contractor | |
| Potter | Dean Gordon | 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 | 06/26/2001 | | $250,000.00 | Sub-Contractor | |
| Potter | Dean Gordon | 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 | 07/13/2001 | | $13,181.73 | Sub-Contractor | |
| Potter | Dean Gordon | 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 | 12/31/2001 | | $250,000.00 | Sub-Contractor | |
| | | | | Total Payments | $913,181.73 | | |
| | | | | Sub-Contractor | $913,181.73 | | |

CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

7001 2510 0005 3137 7484

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

MAR 23 2005

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

7001 2510 0005 3137 7286

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

MAR 23 2005

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

7001 2510 0005 3137 7262

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

MAR 23 2005

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: NOV 0 3 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: transcript of Unico Replacement Parts Inc. on respect to 941 taxes specified is true and complete transcript for the period ending June 30, 2000 (200006) and all assessments, penalties, interest, abatements, credits, refunds, and advance or unidentified payments relating thereto as disclosed by the records of this office as of the date of this certification are shown therein. Consisting of 7 pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Ricky Holmes

Ricky Holmes
Team Leader, Team 102
Kansas City Service Center

PENGAD-Bayonne, N. J.
EXHIBIT
7

54

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

UNICO REPLACEMENT PARTS INC EIN/SSN: 95-2885601

TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941 TAX PERIOD: JUNE 2000

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 07-31-2000 | RETURN FILED<br>29141-253-01088-0 200039 | 260,126.09 | | 10-09-2000 |
| 04-12-2000 | FEDERAL TAX DEPOSIT | | 15,216.35 | |
| 04-19-2000 | FEDERAL TAX DEPOSIT | | 14,032.28 | |
| 04-19-2000 | FEDERAL TAX DEPOSIT | | 4,302.23 | |
| 04-26-2000 | FEDERAL TAX DEPOSIT | | 17,184.62 | |
| 05-03-2000 | FEDERAL TAX DEPOSIT | | 14,159.94 | |
| 05-03-2000 | FEDERAL TAX DEPOSIT | | 4,302.29 | |
| 05-10-2000 | FEDERAL TAX DEPOSIT | | 22,157.76 | |
| 05-17-2000 | FEDERAL TAX DEPOSIT | | 20,689.19 | |
| 05-18-2000 | FEDERAL TAX DEPOSIT | | 4,264.03 | |
| 05-25-2000 | FEDERAL TAX DEPOSIT | | 16,236.71 | |
| 05-31-2000 | FEDERAL TAX DEPOSIT | | 24,820.13 | |
| 06-05-2000 | FEDERAL TAX DEPOSIT | | 5,298.67 | |
| 06-08-2000 | FEDERAL TAX DEPOSIT | | 16,493.13 | |
| 06-14-2000 | FEDERAL TAX DEPOSIT | | 19,225.94 | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

UNICO REPLACEMENT PARTS INC EIN/SSN: 95-2885601

TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941 TAX PERIOD: JUNE 2000

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 06-20-2000 | FEDERAL TAX DEPOSIT | | 4,210.91 | |
| 06-21-2000 | FEDERAL TAX DEPOSIT | | 16,457.15 | |
| 06-28-2000 | FEDERAL TAX DEPOSIT | | 18,124.41 | |
| 07-06-2000 | FEDERAL TAX DEPOSIT | | 5,038.68 | |
| 07-06-2000 | FEDERAL TAX DEPOSIT | | 18,184.41 | |
| | FEDERAL TAX DEPOSIT PENALTY 200039 | 682.20 | | 10-09-2000 |
| | FEDERAL TAX DEPOSIT PENALTY 200039 | 5,062.56 | | 10-09-2000 |
| 10-09-2000 | FEDERAL TAX DEPOSIT PENALTY ABATED | 5,062.56- | | |
| | ADDITIONAL TAX ASSESSED 08154-713-18004-0 200046 | 0.00 | | 11-27-2000 |
| | INTEREST ASSESSED 200046 | 4.96 | | 11-27-2000 |



56

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

UNICO REPLACEMENT PARTS INC EIN/SSN: 95-2885601

TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941 TAX PERIOD: JUNE 2000

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 12-12-2000 | SUBSEQUENT PAYMENT | | 414.42 | |
| 08-05-2004 | ASSESSMENT STATUTE EXPIR DATE EXTEND TO 09-12-2004 | | | |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 29147-623-00001-4 200433 | 0.00 | | 08-30-2004 |
| 08-30-2004 | RENUMBERED RETURN 29147-623-00001-4 | | | |
| | QUICK ASSESSMENT 29151-223-13302-4 | 71,248.80 | | 08-10-2004 |
| | FEDERAL TAX DEPOSIT PENALTY 200435 | 762.44 | | 08-10-2004 |
| | INTEREST ASSESSED 200435 | 24,213.80 | | 08-10-2004 |
| | QUICK ASSESSMENT IRC 6662 ACCURACY PENALTY 29151-223-13302-4 | 14,249.76 | | 08-10-2004 |

UNICO REPLACEMENT PARTS INC EIN/SSN: 95-2885601

TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941 TAX PERIOD: JUNE 2000

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 12-06-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 01-31-2005 | FEDERAL PAYMENT MATCHED OR LEVIED THROUGH FEDERAL PAYMENT LEVY PROGRAM GENERATED AND MAILED | | | |
| 01-31-2005 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 04-12-2005 | SUBSEQUENT PAYMENT | | 4,689.88 | |
| 05-02-2005 | FEDERAL PAYMENT MATCHED OR LEVIED THROUGH FEDERAL PAYMENT LEVY PROGRAM GENERATED AND MAILED | | | |
| 06-06-2005 | FEDERAL PAYMENT MATCHED OR LEVIED THROUGH FEDERAL PAYMENT LEVY PROGRAM GENERATED AND MAILED | | | |
| 04-30-2005 | OVERPAID CREDIT APPLIED 941 200503 | | 25.03 | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

UNICO REPLACEMENT PARTS INC EIN/SSN: 95-2885601

TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941 TAX PERIOD: JUNE 2000

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 06-03-2005 | FEDERAL TAX LIEN | | | |
| 07-04-2005 | FEES AND COLLECTION COSTS | 54.00 | | |
| 07-11-2005 | SUBSEQUENT PAYMENT LEVY | | 118,063.84 | |
| | FAILURE TO PAY TAX PENALTY 200529 | 6,982.94 | | 08-01-2005 |
| | INTEREST ASSESSED 200529 | 5,267.01 | | 08-01-2005 |
| 08-01-2005 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 07-22-2005 | FEDERAL TAX LIEN RELEASED | | | |
| 08-09-2005 | RECEIVED POA/TIA | | | |
| 08-11-2005 | LEGAL SUIT PENDING | | | |
| 10-09-2000 | Statutory Notice of Balance Due | | | |
| 10-30-2000 | Statutory Notice of Intent to Levy | | | |
| 11-27-2000 | Statutory Notice of Balance Due | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

UNICO REPLACEMENT PARTS INC EIN/SSN: 95-2885601

TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941 TAX PERIOD: JUNE 2000

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 08-10-2004 | Statutory Notice of Balance Due | | | |
| 10-18-2004 | Statutory Notice of Intent to Levy | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

UNICO REPLACEMENT PARTS INC EIN/SSN: 95-2885601

TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941 TAX PERIOD: JUNE 2000

BALANCE 0.00

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED, AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

SIGNATURE OF CERTIFYING OFFICER: Ricky Holmes

PRINT NAME: Ricky Holmes

TITLE: Team Leader Team 102

DELEGATION ORDER: KCSC 88 Rev 3

LOCATION: INTERNAL REVENUE SERVICE
KANSAS CITY, MO

ACCOUNT STATUS DATE 10/31/2005

# United States of America

## Department of the Treasury
## Internal Revenue Service

Date: NOV 0 3 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: transcript of Unico Replacement Parts Inc. on respect to 941 taxes specified is true and complete transcript for the period ending Sept. 30, 2000 (200009) and all assessments, penalties, interest, abatements, credits, refunds, and advance or unidentified payments relating thereto as disclosed by the records of this office as of the date of this certification are shown therein. Consisting of 6 pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Ricky Holmes

Ricky Holmes
Team Leader, Team 102
Kansas City Service Center

PENGAD-Bayonne, N. J.
EXHIBIT
8

62

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

UNICO REPLACEMENT PARTS INC EIN/SSN: 95-2885601

TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941 TAX PERIOD: SEPT 2000

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 10-31-2000 | RETURN FILED<br>29141-309-47138-0 200048 | 287,120.13 | | 12-11-2000 |
| 07-12-2000 | FEDERAL TAX DEPOSIT | | 21,617.26 | |
| 07-19-2000 | FEDERAL TAX DEPOSIT | | 16,858.77 | |
| 07-19-2000 | FEDERAL TAX DEPOSIT | | 5,670.02 | |
| 07-26-2000 | FEDERAL TAX DEPOSIT | | 24,862.42 | |
| 08-02-2000 | FEDERAL TAX DEPOSIT | | 20,987.93 | |
| 08-03-2000 | FEDERAL TAX DEPOSIT | | 5,834.68 | |
| 08-10-2000 | FEDERAL TAX DEPOSIT | | 18,441.01 | |
| 08-16-2000 | FEDERAL TAX DEPOSIT | | 20,080.48 | |
| 08-18-2000 | FEDERAL TAX DEPOSIT | | 5,834.74 | |
| 08-23-2000 | FEDERAL TAX DEPOSIT | | 18,191.80 | |
| 08-30-2000 | FEDERAL TAX DEPOSIT | | 19,112.79 | |
| 09-05-2000 | FEDERAL TAX DEPOSIT | | 5,660.56 | |
| 09-13-2000 | FEDERAL TAX DEPOSIT | | 16,263.55 | |
| 09-20-2000 | FEDERAL TAX DEPOSIT | | 5,872.98 | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

UNICO REPLACEMENT PARTS INC EIN/SSN: 95-2885601

TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941 TAX PERIOD: SEPT 2000

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 09-20-2000 | FEDERAL TAX DEPOSIT | | 19,970.30 | |
| 09-27-2000 | FEDERAL TAX DEPOSIT | | 19,661.52 | |
| 10-04-2000 | FEDERAL TAX DEPOSIT | | 5,873.00 | |
| 10-04-2000 | FEDERAL TAX DEPOSIT | | 19,554.47 | |
| | FEDERAL TAX DEPOSIT PENALTY 200048 | 5,322.37 | | 12-11-2000 |
| | FAILURE TO PAY TAX PENALTY 200048 | 167.72 | | 12-11-2000 |
| | INTEREST ASSESSED 200048 | 169.93 | | 12-11-2000 |
| 12-26-2000 | SUBSEQUENT PAYMENT | | 22,431.87 | |
| 08-05-2004 | ASSESSMENT STATUTE EXPIR DATE EXTEND TO 09-12-2004 | | | |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 29147-623-00002-4 200433 | 0.00 | | 08-30-2004 |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

UNICO REPLACEMENT PARTS INC EIN/SSN: 95-2885601

TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941 TAX PERIOD: SEPT 2000

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 08-30-2004 | RENUMBERED RETURN 29147-623-00002-4 | | | |
| | QUICK ASSESSMENT 29151-223-13303-4 | 61,800.00 | | 08-10-2004 |
| | FEDERAL TAX DEPOSIT PENALTY 200436 | 290.00 | | 08-10-2004 |
| | INTEREST ASSESSED 200436 | 18,874.21 | | 08-10-2004 |
| | QUICK ASSESSMENT IRC 6662 ACCURACY PENALTY 29151-223-13303-4 | 12,360.00 | | 08-10-2004 |
| 12-13-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 01-31-2005 | FEDERAL PAYMENT MATCHED OR LEVIED THROUGH FEDERAL PAYMENT LEVY PROGRAM GENERATED AND MAILED | | | |
| 01-31-2005 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

UNICO REPLACEMENT PARTS INC EIN/SSN: 95-2885601

TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941 TAX PERIOD: SEPT 2000

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 06-06-2005 | FEDERAL PAYMENT MATCHED OR LEVIED THROUGH FEDERAL PAYMENT LEVY PROGRAM GENERATED AND MAILED | | | |
| 06-03-2005 | FEDERAL TAX LIEN | | | |
| 07-11-2005 | SUBSEQUENT PAYMENT LEVY | | 103,677.03 | |
| | FAILURE TO PAY TAX PENALTY 200529 | 5,838.93 | | 08-01-2005 |
| | INTEREST ASSESSED 200529 | 4,513.89 | | 08-01-2005 |
| 08-01-2005 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 07-22-2005 | FEDERAL TAX LIEN RELEASED | | | |
| 08-09-2005 | RECEIVED POA/TIA | | | |
| 12-11-2000 | Statutory Notice of Balance Due | | | |
| 08-10-2004 | Statutory Notice of Balance Due | | | |
| 10-25-2004 | Statutory Notice of Intent to Levy | | | |



66

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

UNICO REPLACEMENT PARTS INC EIN/SSN: 95-2885601

TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941 TAX PERIOD: SEPT 2000

BALANCE 0.00

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED, AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

SIGNATURE OF CERTIFYING OFFICER: Ricky Holmes

PRINT NAME: Ricky Holmes

TITLE: Team Leader Team 102

DELEGATION ORDER: KCSC 88 Rev 3

LOCATION: INTERNAL REVENUE SERVICE
KANSAS CITY, MO

ACCOUNT STATUS DATE 10/31/2005

FORM 4340 (REV. 01-2002) PAGE 5

# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: NOV 03 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: transcript of Unico Replacement Parts Inc. on respect to 941 taxes specified is true and complete transcript for the period ending Dec. 31, 2000 (200012) and all assessments, penalties, interest, abatements, credits, refunds, and advance or unidentified payments relating thereto as disclosed by the records of this office as of the date of this certification are shown therein. Consisting of 6 pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Ricky Holmes

Ricky Holmes
Team Leader, Team 102
Kansas City Service Center

PENGAD-Bayonne, N. J.
EXHIBIT
9

68

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

UNICO REPLACEMENT PARTS INC EIN/SSN: 95-2885601

TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941 TAX PERIOD: DEC 2000

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 01-31-2001 | RETURN FILED<br>29141-027-32211-1 200107 | 388,446.91 | | 02-26-2001 |
| 10-12-2000 | FEDERAL TAX DEPOSIT | | 17,322.96 | |
| 10-18-2000 | FEDERAL TAX DEPOSIT | | 5,474.25 | |
| 10-18-2000 | FEDERAL TAX DEPOSIT | | 17,958.63 | |
| 10-25-2000 | FEDERAL TAX DEPOSIT | | 20,861.47 | |
| 11-01-2000 | FEDERAL TAX DEPOSIT | | 20,128.26 | |
| 11-06-2000 | FEDERAL TAX DEPOSIT | | 5,322.01 | |
| 11-08-2000 | FEDERAL TAX DEPOSIT | | 20,350.53 | |
| 11-16-2000 | FEDERAL TAX DEPOSIT | | 19,145.58 | |
| 11-20-2000 | FEDERAL TAX DEPOSIT | | 5,991.76 | |
| 11-22-2000 | FEDERAL TAX DEPOSIT | | 21,730.55 | |
| 11-29-2000 | FEDERAL TAX DEPOSIT | | 19,876.42 | |
| 12-01-2000 | FEDERAL TAX DEPOSIT | | 95,139.73 | |
| 12-06-2000 | FEDERAL TAX DEPOSIT | | 17,533.68 | |
| 12-06-2000 | FEDERAL TAX DEPOSIT | | 5,283.63 | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

UNICO REPLACEMENT PARTS INC EIN/SSN: 95-2885601

TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941 TAX PERIOD: DEC 2000

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 12-13-2000 | FEDERAL TAX DEPOSIT | | 363.86 | |
| 12-13-2000 | FEDERAL TAX DEPOSIT | | 24,381.38 | |
| 12-20-2000 | FEDERAL TAX DEPOSIT | | 20,877.34 | |
| 12-20-2000 | FEDERAL TAX DEPOSIT | | 4,783.54 | |
| 12-27-2000 | FEDERAL TAX DEPOSIT | | 18,137.81 | |
| 01-03-2001 | FEDERAL TAX DEPOSIT | | 22,064.05 | |
| 01-03-2001 | FEDERAL TAX DEPOSIT | | 5,719.47 | |
| | FEDERAL TAX DEPOSIT PENALTY 200107 | 501.49 | | 02-26-2001 |
| 03-07-2001 | SUBSEQUENT PAYMENT | | 501.49 | |
| 08-05-2004 | ASSESSMENT STATUTE EXPIR DATE EXTEND TO 09-12-2004 | | | |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 29147-623-00003-4 200433 | 0.00 | | 08-30-2004 |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

UNICO REPLACEMENT PARTS INC EIN/SSN: 95-2885601

TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941 TAX PERIOD: DEC 2000

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 08-30-2004 | RENUMBERED RETURN 29147-623-00003-4 | | | |
| | QUICK ASSESSMENT 29151-223-13304-4 | 40,788.00 | | 08-10-2004 |
| | FEDERAL TAX DEPOSIT PENALTY 200436 | 191.40 | | 08-10-2004 |
| | INTEREST ASSESSED 200436 | 11,082.37 | | 08-10-2004 |
| | QUICK ASSESSMENT IRC 6662 ACCURACY PENALTY 29151-223-13304-4 | 8,157.60 | | 08-10-2004 |
| 12-13-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 01-31-2005 | FEDERAL PAYMENT MATCHED OR LEVIED THROUGH FEDERAL PAYMENT LEVY PROGRAM GENERATED AND MAILED | | | |
| 01-31-2005 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

UNICO REPLACEMENT PARTS INC EIN/SSN: 95-2885601

TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941 TAX PERIOD: DEC 2000

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 06-06-2005 | FEDERAL PAYMENT MATCHED OR LEVIED THROUGH FEDERAL PAYMENT LEVY PROGRAM GENERATED AND MAILED | | | |
| 06-03-2005 | FEDERAL TAX LIEN | | | |
| 07-11-2005 | SUBSEQUENT PAYMENT LEVY | | 67,042.27 | |
| | FAILURE TO PAY TAX PENALTY 200529 | 3,874.86 | | 08-01-2005 |
| | INTEREST ASSESSED 200529 | 2,912.69 | | 08-01-2005 |
| 07-11-2005 | OVERPAYMENT CREDIT TRANSFERRED 941 200306 | | (7.44) | |
| 07-11-2005 | OVERPAYMENT CREDIT TRANSFERRED 941 200306 | | (0.74) | |
| 07-11-2005 | OVERPAYMENT CREDIT TRANSFERRED 941 200412 | | (23.25) | |



72

UNICO REPLACEMENT PARTS INC EIN/SSN: 95-2885601

TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941 TAX PERIOD: DEC 2000

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 08-01-2005 | INTEREST DUE TAXPAYER | | 0.01 | |
| 08-01-2005 | REFUND | | (3.93) | |
| 08-01-2005 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 07-22-2005 | FEDERAL TAX LIEN RELEASED | | | |
| 08-09-2005 | RECEIVED POA/TIA | | | |
| 02-26-2001 | Statutory Notice of Balance Due | | | |
| 08-10-2004 | Statutory Notice of Balance Due | | | |
| 10-25-2004 | Statutory Notice of Intent to Levy | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

UNICO REPLACEMENT PARTS INC EIN/SSN: 95-2885601

TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941 TAX PERIOD: DEC 2000

BALANCE 0.00

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED, AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

SIGNATURE OF CERTIFYING OFFICER: Ricky Holmes

PRINT NAME: Ricky Holmes

TITLE: Team Leader Team 102

DELEGATION ORDER: KCSC 88 Rev 3

LOCATION: INTERNAL REVENUE SERVICE
KANSAS CITY, MO

ACCOUNT STATUS DATE 10/31/2005

FORM 4340 (REV. 01-2002) PAGE 6

# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: NOV 0 3 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: transcript of Unico Replacement Parts Inc. on respect to 941 taxes specified is true and complete transcript for the period ending Sept. 30, 2001 (200109) and all assessments, penalties, interest, abatements, credits, refunds, and advance or unidentified payments relating thereto as disclosed by the records of this office as of the date of this certification are shown therein. Consisting of 5 pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Ricky Holmes

Ricky Holmes
Team Leader, Team 102
Kansas City Service Center

EXHIBIT
10

PENGAD-Bayonne, N. J.

75

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

UNICO REPLACEMENT PARTS INC EIN/SSN: 95-2885601

TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941 TAX PERIOD: SEPT 2001

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 10-31-2001 | RETURN FILED<br>29141-308-70744-1 200150 | 305,259.81 | | 12-24-2001 |
| 07-11-2001 | FEDERAL TAX DEPOSIT | | 19,736.13 | |
| 07-18-2001 | FEDERAL TAX DEPOSIT | | 21,345.90 | |
| 07-18-2001 | FEDERAL TAX DEPOSIT | | 7,506.31 | |
| 07-25-2001 | FEDERAL TAX DEPOSIT | | 25,160.35 | |
| 08-01-2001 | FEDERAL TAX DEPOSIT | | 25,267.81 | |
| 08-06-2001 | FEDERAL TAX DEPOSIT | | 7,366.61 | |
| 08-08-2001 | FEDERAL TAX DEPOSIT | | 17,983.35 | |
| 08-15-2001 | FEDERAL TAX DEPOSIT | | 16,722.07 | |
| 08-20-2001 | FEDERAL TAX DEPOSIT | | 7,366.69 | |
| 08-22-2001 | FEDERAL TAX DEPOSIT | | 17,633.77 | |
| 08-29-2001 | FEDERAL TAX DEPOSIT | | 17,815.77 | |
| 09-06-2001 | FEDERAL TAX DEPOSIT | | 7,134.30 | |
| 09-06-2001 | FEDERAL TAX DEPOSIT | | 16,495.83 | |
| 09-12-2001 | FEDERAL TAX DEPOSIT | | 20,208.17 | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

UNICO REPLACEMENT PARTS INC EIN/SSN: 95-2885601

TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941 TAX PERIOD: SEPT 2001

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 09-20-2001 | FEDERAL TAX DEPOSIT | | 6,586.56 | |
| 09-20-2001 | FEDERAL TAX DEPOSIT | | 21,219.09 | |
| 09-26-2001 | FEDERAL TAX DEPOSIT | | 22,758.30 | |
| 10-03-2001 | FEDERAL TAX DEPOSIT | | 18,709.74 | |
| 10-03-2001 | FEDERAL TAX DEPOSIT | | 8,198.22 | |
| 10-30-2001 | PAYMENT WITH RETURN | | 44.84 | |
| | FEDERAL TAX DEPOSIT PENALTY 200150 | 720.00 | | 12-24-2001 |
| 01-02-2002 | SUBSEQUENT PAYMENT | | 720.00 | |
| 07-07-2005 | ASSESSMENT STATUTE EXPIR DATE EXTEND TO 09-12-2005 | | | |
| 07-18-2005 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 3,690.88 | |
| 07-18-2005 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 382.27 | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

UNICO REPLACEMENT PARTS INC EIN/SSN: 95-2885601

TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941 TAX PERIOD: SEPT 2001

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY AFTER 30 OR 60 DAY LETTER 17147-620-00245-5 200533 | 0.00 | | 08-29-2005 |
| 08-29-2005 | RENUMBERED RETURN 17147-620-00245-5 | | | |
| 08-09-2005 | RECEIVED POA/TIA | | | |
| 08-29-2005 | INTEREST DUE TAXPAYER | | 22.15 | |
| 08-29-2005 | REFUND | | (4,095.30) | |
| | QUICK ASSESSMENT 17151-214-13000-5 | 4,073.15 | | 08-02-2005 |
| | FEDERAL TAX DEPOSIT PENALTY 200535 | 19.11 | | 08-02-2005 |
| | INTEREST ASSESSED 200535 | 1,063.55 | | 08-02-2005 |
| | QUICK ASSESSMENT IRC 6662 ACCURACY PENALTY 17151-214-13000-5 | 814.63 | | 08-02-2005 |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

UNICO REPLACEMENT PARTS INC EIN/SSN: 95-2885601

TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941 TAX PERIOD: SEPT 2001

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 08-29-2005 | INTEREST DUE TAXPAYER REVERSED | | (22.15) | |
| 08-29-2005 | CANCELED REFUND CHECK | | 4,095.30 | |
| 12-24-2001 | Statutory Notice of Balance Due | | | |
| 08-02-2005 | Statutory Notice of Balance Due | | | |
| 10-17-2005 | Statutory Notice of Intent to Levy | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

UNICO REPLACEMENT PARTS INC    EIN/SSN: 95-2885601

TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941    TAX PERIOD: SEPT 2001

BALANCE    1,897.29

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED, AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

SIGNATURE OF CERTIFYING OFFICER: Ricky Holmes

PRINT NAME: Ricky Holmes

TITLE: Team Leader Team 102

DELEGATION ORDER: KCSC 88 Rev 3

LOCATION: INTERNAL REVENUE SERVICE
KANSAS CITY, MO

ACCOUNT STATUS DATE 10/31/2005

FORM 4340 (REV. 01-2002)    PAGE 5