| | Department of the Treasury — Internal Revenue Service |
|---|---|
| Form **3363** (Rev. November 1983) | **Acceptance of Proposed Disallowance of Claim for Refund or Credit** |

Name(s), SSN or EIN, and address of taxpayer(s) *(Number, Street, City or Town, State, ZIP Code)*

Dean Gordon Potter
P. O. Box 887
Benicia, CA 94510

SSN: ███

| Year or Period | Date Claim Filed | Kind of Tax | Amount of Claim | Amount of Claim Disallowed | Amount of Claim Allowed |
|---|---|---|---|---|---|
| 12/31/1998 | 06/22/2005 | Income | $431,631.00 | $431,631.00 | $0.00 |
| | | | | | |
| | | | | | |
| | | | | | |

I accept the proposal of the Internal Revenue Service to disallow the claim(s) to the extent described above. This means only that I do not want the Service to consider the claim(s). It does not waive my right to file suit on the disallowance.

If you file this acceptance for a joint return, both you and your spouse must sign the original and duplicate of this form. Sign your name exactly as it appears on the return. If you are acting under power of attorney for your spouse, you may sign as agent for him or her.

For an agent or attorney acting under a power of attorney, a power of attorney must be sent with this form if not previously filed.

For a partnership with excise or employment tax liability, all partners must sign. However, one partner may sign with appropriate evidence of authorization to act for the partnership.

For a person acting in a fiduciary capacity (executor, administrator, trustee), file Form 56, Notice Concerning Fiduciary Relationship, with this form if not previously filed.

For a corporation, enter the name of the corporation followed by the signature and title of the officer(s) authorized to sign.

Your Signature ▶ _____ (Date)

Spouse's Signature If A Joint Return Was Filed ▶ _____ (Date)

Taxpayer's Representative Sign Here ▶ *Robert J. Ahrenze*   8-25-05 (Date)

Partnership/ Corporate Name ▶ _____

Partners/ Corporate Officers Sign Here ▶ _____
(Title)   (Date)
_____
(Title)   (Date)

**EXHIBIT 17**

Form **3363** (Rev. 11-1983)   Catalog Number 22240Y   www.irs.gov   Department of the Treasury - Internal Revenue Service

127

Form **2297**
(Rev. March 1982)

Department of the Treasury-Internal Revenue Service

# Waiver of Statutory Notification of Claim Disallowance

I, Dean Gordon Potter - SSN [REDACTED] of P. O. Box 887, Benicia, CA 94510
(Number, Street, City or Town, State, ZIP Code)

waive the requirement under Internal Revenue Code section 6532(a)(1) that a notice of claim disallowance be sent to me by certified or registered mail for the claims for credit or refund shown in column (d), below.

I understand that the filing of this waiver is irrevocable and it will begin the 2-year period for filing suit for refund of the claims disallowed as if the notice of disallowance had been sent by certified or registered mail.

## Claims

| (a) Taxable Period Ended | (b) Kind of Tax | (c) Amount of Claim | (d) Amount of Claim Disallowed |
|---|---|---|---|
| 12/31/1998 | Income | $431,631.00 | $0.00 |

If you file this waiver for a joint return, both you and your spouse must sign the original and duplicate of this form. Sign your name exactly as it appears on the return. If you are acting under power of attorney for your spouse, you may sign as agent for him or her.

For an agent or attorney acting under a power of attorney, a power of attorney must be sent with this form if not previously filed.

For a partnership with excise or employment tax liability, all partners must sign. However, one partner may sign with appropriate evidence of authorization to act for the partnership.

For a person acting in a fiduciary capacity (executor, administrator, trustee), file Form 56, Notice Concerning Fiduciary Relationship, with this form if not previously filed.

For a corporation, enter the name of the corporation followed by the signature and title of the officer(s) authorized to sign.

Your Signature ➔ _____ (Date signed)

Spouse's Signature If A Joint Return Was Filed ➔ _____ (Date signed)

Taxpayer's Representative Sign Here ➔ *Robert J. Ahrentzen* (signature)   8-25-05 (Date signed)

Partnership/Corporate Name: _____

Partners/Corporate Officers Sign Here ➔ _____ (Title) _____ (Date signed)

_____ (Title) _____ (Date signed)

NOTE - Filing this waiver within 6 months from the date the claim was filed will not permit filing a suit for refund before the 6-month period has elapsed unless a decision is made by the Service within that time disallowing the claims.

Catalog Number 18287T   www.irs.ustreas.gov   Form **2297** (Rev. 3-1982)

Department of the Treasury — Internal Revenue Service

**Form 3363** (Rev. November 1983)

# Acceptance of Proposed Disallowance of Claim for Refund or Credit

Name(s), SSN or EIN, and address of taxpayer(s) *(Number, Street, City or Town, State, ZIP Code)*

Unico Services Inc.
P. O. Box 887
Benicia, CA 94510

EIN: 95-2885601

| Year or Period | Date Claim Filed | Kind of Tax | Amount of Claim | Amount of Claim Disallowed | Amount of Claim Allowed |
|---|---|---|---|---|---|
| 6/30/2000 | 7/28/2005 | employment | $122,778.75 | $122,778.75 | $0.00 |
| | | | | | |
| | | | | | |
| | | | | | |

I accept the proposal of the Internal Revenue Service to disallow the claim(s) to the extent described above. This means only that I do not want the Service to consider the claim(s). It does not waive my right to file suit on the disallowance.

If you file this acceptance for a joint return, both you and your spouse must sign the original and duplicate of this form. Sign your name exactly as it appears on the return. If you are acting under power of attorney for your spouse, you may sign as agent for him or her.

For an agent or attorney acting under a power of attorney, a power of attorney must be sent with this form if not previously filed.

For a partnership with exise or employment tax liability, all partners must sign. However, one partner may sign with appropriate evidence of authorization to act for the partnership.

For a person acting in a fiduciary capacity (executor, administrator, trustee), file Form 56, Notice Concerning Fiduciary Relationship, with this form if not previously filed.

For a corporation, enter the name of the corporation followed by the signature and title of the officer(s) authorized to sign.

**Your Signature** ▶ _____ (Date)

**Spouse's Signature If A Joint Return Was Filed** ▶ _____ (Date)

**Taxpayer's Representative Sign Here** ▶ *Robert J. Alventin* 8-25-05 (Date)

**Partnership/ Corporate Name** ▶ _____

**Partners/ Corporate Officers Sign Here** ▶ _____ (Title) (Date)

▶ _____ (Title) (Date)

EXHIBIT 18

Form **3363** (Rev. 11-1983)  Catalog Number 22240Y  www.irs.gov  Department of the Treasury - Internal Revenue Service

| Form **2297** (Rev. March 1982) | Department of the Treasury-Internal Revenue Service **Waiver of Statutory Notification of Claim Disallowance** |
|---|---|

I, <u>Unico Services Inc. EIN 95-2885601</u>     of <u>P. O. Box 887, Benicia, CA 94510</u>
   (Name, SSN or EIN)                                    (Number, Street, City or Town, State, ZIP Code)

waive the requirement under Internal Revenue Code section 6532(a)(1) that a notice of claim disallowance be sent to me by certified or registered mail for the claims for credit or refund shown in column (d), below.

I understand that the filing of this waiver is irrevocable and it will begin the 2-year period for filing suit for refund of the claims disallowed as if the notice of disallowance had been sent by certified or registered mail.

**Claims**

| (a) Taxable Period Ended | (b) Kind of Tax | (c) Amount of Claim | (d) Amount of Claim Disallowed |
|---|---|---|---|
| 6/30/2000 | employment | $122,778.75 | $0.00 |

If you file this waiver for a joint return, both you and your spouse must sign the original and duplicate of this form. Sign your name exactly as it appears on the return. If you are acting under power of attorney for your spouse, you may sign as agent for him or her.

For an agent or attorney acting under a power of attorney, a power of attorney must be sent with this form if not previously filed.

For a partnership with excise or employment tax liability, all partners must sign. However, one partner may sign with appropriate evidence of authorization to act for the partnership.

For a person acting in a fiduciary capacity (executor, administrator, trustee), file Form 56, Notice Concerning Fiduciary Relationship, with this form if not previously filed.

For a corporation, enter the name of the corporation followed by the signature and title of the officer(s) authorized to sign.

Your Signature ▶ _____ (Date signed)

Spouse's Signature If A Joint Return Was Filed ▶ _____ (Date signed)

Taxpayer's Representative Sign Here ▶ *Robert J. Stientjes*   8-25-05 (Date signed)

Partnership/Corporate Name: _____

Partners/Corporate Officers Sign Here ▶ _____ (Title)    _____ (Date signed)

▶ _____ (Title)    _____ (Date signed)

NOTE - Filing this waiver within 6 months from the date the claim was filed will not permit filing a suit for refund before the 6-month period has elapsed unless a decision is made by the Service within that time disallowing the claims.

Catalog Number 18287T            www.irs.ustreas.gov            Form **2297** (Rev. 3-1982)

130

Department of the Treasury — Internal Revenue Service

**Form 3363**
(Rev. November 1983)

# Acceptance of Proposed Disallowance of Claim for Refund or Credit

Name(s), SSN or EIN, and address of taxpayer(s) *(Number, Street, City or Town, State, ZIP Code)*

Unico Services Inc.
P. O. Box 887
Benicia, CA 94510

EIN: 95-2885601

| Year or Period | Date Claim Filed | Kind of Tax | Amount of Claim | Amount of Claim Disallowed | Amount of Claim Allowed |
|---|---|---|---|---|---|
| 9/30/2000 | 7/28/2005 | employment | $103,677.03 | $103,677.03 | $0.00 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

I accept the proposal of the Internal Revenue Service to disallow the claim(s) to the extent described above. This means only that I do not want the Service to consider the claim(s). It does not waive my right to file suit on the disallowance.

If you file this acceptance for a joint return, both you and your spouse must sign the original and duplicate of this form. Sign your name exactly as it appears on the return. If you are acting under power of attorney for your spouse, you may sign as agent for him or her.

For an agent or attorney acting under a power of attorney, a power of attorney must be sent with this form if not previously filed.

For a partnership with excise or employment tax liability, all partners must sign. However, one partner may sign with appropriate evidence of authorization to act for the partnership.

For a person acting in a fiduciary capacity (executor, administrator, trustee), file Form 56, Notice Concerning Fiduciary Relationship, with this form if not previously filed.

For a corporation, enter the name of the corporation followed by the signature and title of the officer(s) authorized to sign.

Your Signature ▶ _____ (Date)

Spouse's Signature If A Joint Return Was Filed ▶ _____ (Date)

Taxpayer's Representative Sign Here ▶ *Robert J. Atkinson*   8-25-05 (Date)

Partnership/ Corporate Name ▶ _____

Partners/ Corporate Officers Sign Here ▶ _____
(Title)   (Date)

_____
(Title)   (Date)

Form **3363** (Rev. 11-1983)   Catalog Number 22240Y   www.irs.gov   Department of the Treasury - Internal Revenue Service

131

Form **2297**
(Rev. March 1982)

Department of the Treasury-Internal Revenue Service

# Waiver of Statutory Notification of Claim Disallowance

I, Unico Services Inc. EIN 95-2885601 of P. O. Box 887, Benicia, CA 94510
(Name, SSN or EIN) (Number, Street, City or Town, State, ZIP Code)

waive the requirement under Internal Revenue Code section 6532(a)(1) that a notice of claim disallowance be sent to me by certified or registered mail for the claims for credit or refund shown in column (d), below.

I understand that the filing of this waiver is irrevocable and it will begin the 2-year period for filing suit for refund of the claims disallowed as if the notice of disallowance had been sent by certified or registered mail.

## Claims

| (a) Taxable Period Ended | (b) Kind of Tax | (c) Amount of Claim | (d) Amount of Claim Disallowed |
|---|---|---|---|
| 9/30/2000 | employment | $103,677.03 | $0.00 |

If you file this waiver for a joint return, both you and your spouse must sign the original and duplicate of this form. Sign your name exactly as it appears on the return. If you are acting under power of attorney for your spouse, you may sign as agent for him or her.

For an agent or attorney acting under a power of attorney, a power of attorney must be sent with this form if not previously filed.

For a partnership with excise or employment tax liability, all partners must sign. However, one partner may sign with appropriate evidence of authorization to act for the partnership.

For a person acting in a fiduciary capacity (executor, administrator, trustee), file Form 56, Notice Concerning Fiduciary Relationship, with this form if not previously filed.

For a corporation, enter the name of the corporation followed by the signature and title of the officer(s) authorized to sign.

Your Signature ▶ _____ (Date signed)

Spouse's Signature If A Joint Return Was Filed ▶ _____ (Date signed)

Taxpayer's Representative Sign Here ▶ *Robert J. Thantzer*  8-25-05 (Date signed)

Partnership/Corporate Name: _____

Partners/Corporate Officers Sign Here ▶ _____ (Title) _____ (Date signed)

▶ _____ (Title) _____ (Date signed)

NOTE - Filing this waiver within 6 months from the date the claim was filed will not permit filing a suit for refund before the 6-month period has elapsed unless a decision is made by the Service within that time disallowing the claims.

Catalog Number 16267T    www.irs.ustreas.gov    Form **2297** (Rev. 3-1982)

132

| Form **3363** (Rev. November 1983) | Department of the Treasury — Internal Revenue Service **Acceptance of Proposed Disallowance of Claim for Refund or Credit** |
|---|---|

Name(s), SSN or EIN, and address of taxpayer(s) *(Number, Street, City or Town, State, ZIP Code)*

Unico Services Inc.
P. O. Box 887
Benicia, CA 94510

EIN: 95-2885601

| Year or Period | Date Claim Filed | Kind of Tax | Amount of Claim | Amount of Claim Disallowed | Amount of Claim Allowed |
|---|---|---|---|---|---|
| 12/31/2000 | 7/28/2005 | employment | $67,042.27 | $67,042.27 | $0.00 |
| | | | | | |
| | | | | | |
| | | | | | |

I accept the proposal of the Internal Revenue Service to disallow the claim(s) to the extent described above. This means only that I do not want the Service to consider the claim(s). It does not waive my right to file suit on the disallowance.

| | |
|---|---|
| If you file this acceptance for a joint return, both you and your spouse must sign the original and duplicate of this form. Sign your name exactly as it appears on the return. If you are acting under power of attorney for your spouse, you may sign as agent for him or her.<br><br>For an agent or attorney acting under a power of attorney, a power of attorney must be sent with this form if not previously filed.<br><br>For a partnership with exise or employment tax liability, all partners must sign. However, one partner may sign with appropriate evidence of authorization to act for the partnership.<br><br>For a person acting in a fiduciary capacity (executor, administrator, trustee), file Form 56, Notice Concerning Fiduciary Relationship, with this form if not previously filed.<br><br>For a corporation, enter the name of the corporation followed by the signature and title of the officer(s) authorized to sign. | **Your Signature** ▶ _____ (Date)<br><br>**Spouse's Signature If A Joint Return Was Filed** ▶ _____ (Date)<br><br>**Taxpayer's Representative Sign Here** ▶ *Robert J. Thientge*  8-25-05 (Date)<br><br>**Partnership/ Corporate Name** ▶ _____<br><br>**Partners/ Corporate Officers Sign Here** ▶ _____ (Title)  _____ (Date)<br><br>_____ (Title)  _____ (Date) |

Form **3363** (Rev. 11-1983)    Catalog Number 22240Y    www.irs.gov    Department of the Treasury - Internal Revenue Service

133

| Form **2297** (Rev. March 1982) | Department of the Treasury-Internal Revenue Service **Waiver of Statutory Notification of Claim Disallowance** |
|---|---|

I, <u>Unico Services Inc. EIN 95-2885601</u>  of <u>P. O. Box 887, Benicia, CA  94510</u>
(Name, SSN or EIN)                              (Number, Street, City or Town, State, ZIP Code)

waive the requirement under Internal Revenue Code section 6532(a)(1) that a notice of claim disallowance be sent to me by certified or registered mail for the claims for credit or refund shown in column (d), below.

I understand that the filing of this waiver is irrevocable and it will begin the 2-year period for filing suit for refund of the claims disallowed as if the notice of disallowance had been sent by certified or registered mail.

### Claims

| (a) Taxable Period Ended | (b) Kind of Tax | (c) Amount of Claim | (d) Amount of Claim Disallowed |
|---|---|---|---|
| 12/31/2000 | employment | $67,042.27 | $0.00 |

If you file this waiver for a joint return, both you and your spouse must sign the original and duplicate of this form. Sign your name exactly as it appears on the return. If you are acting under power of attorney for your spouse, you may sign as agent for him or her.

For an agent or attorney acting under a power of attorney, a power of attorney must be sent with this form if not previously filed.

For a partnership with excise or employment tax liability, all partners must sign. However, one partner may sign with appropriate evidence of authorization to act for the partnership.

For a person acting in a fiduciary capacity (executor, administrator, trustee), file Form 56, Notice Concerning Fiduciary Relationship, with this form if not previously filed.

For a corporation, enter the name of the corporation followed by the signature and title of the officer(s) authorized to sign.

Your Signature ▶ _____ (Date signed) _____

Spouse's Signature If A Joint Return Was Filed ▶ _____ (Date signed) _____

Taxpayer's Representative Sign Here ▶ *Robert J. Atienza*  (Date signed) 8-25-05

Partnership/Corporate Name: _____

Partners/Corporate Officers Sign Here ▶ _____ (Title) _____ (Date signed) _____

▶ _____ (Title) _____ (Date signed) _____

NOTE - Filing this waiver within 6 months from the date the claim was filed will not permit filing a suit for refund before the 6-month period has elapsed unless a decision is made by the Service within that time disallowing the claims.

Catalog Number 18287T          www.irs.ustreas.gov          Form **2297** (Rev. 3-1982)

| Form **3363** (Rev. November 1983) | Department of the Treasury — Internal Revenue Service **Acceptance of Proposed Disallowance of Claim for Refund or Credit** |
|---|---|

Name(s), SSN or EIN, and address of taxpayer(s) *(Number, Street, City or Town, State, ZIP Code)*

Unico Services Inc.
P. O. Box 887
Benicia, CA 94510

EIN: 95-2885601

| Year or Period | Date Claim Filed | Kind of Tax | Amount of Claim | Amount of Claim Disallowed | Amount of Claim Allowed |
|---|---|---|---|---|---|
| 9/30/2001 | 7/28/2005 | employment | $4,073.15 | $4,073.15 | $0.00 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

I accept the proposal of the Internal Revenue Service to disallow the claim(s) to the extent described above. This means only that I do not want the Service to consider the claim(s). It does not waive my right to file suit on the disallowance.

If you file this acceptance for a joint return, both you and your spouse must sign the original and duplicate of this form. Sign your name exactly as it appears on the return. If you are acting under power of attorney for your spouse, you may sign as agent for him or her.

For an agent or attorney acting under a power of attorney, a power of attorney must be sent with this form if not previously filed.

For a partnership with excise or employment tax liability, all partners must sign. However, one partner may sign with appropriate evidence of authorization to act for the partnership.

For a person acting in a fiduciary capacity (executor, administrator, trustee), file Form 56, Notice Concerning Fiduciary Relationship, with this form if not previously filed.

For a corporation, enter the name of the corporation followed by the signature and title of the officer(s) authorized to sign.

Your Signature ▶ _____ (Date)

Spouse's Signature If A Joint Return Was Filed ▶ _____ (Date)

Taxpayer's Representative Sign Here ▶ *[signature]* Robert J. Shertzer    8-25-05 (Date)

Partnership/Corporate Name ▶ _____

Partners/Corporate Officers Sign Here ▶ _____ (Title) _____ (Date)

▶ _____ (Title) _____ (Date)

Form **3363** (Rev. 11-1983)    Catalog Number 22240Y    www.irs.gov    Department of the Treasury - Internal Revenue Service

135

| Form **2297** (Rev. March 1982) | Department of the Treasury-Internal Revenue Service<br>**Waiver of Statutory Notification of Claim Disallowance** |
|---|---|

I, Unico Services Inc. EIN 95-2885601     of P. O. Box 887, Benicia, CA 94510
   (Name, SSN or EIN)                                   (Number, Street, City or Town, State, ZIP Code)

waive the requirement under Internal Revenue Code section 6532(a)(1) that a notice of claim disallowance be sent to me by certified or registered mail for the claims for credit or refund shown in column (d), below.

I understand that the filing of this waiver is irrevocable and it will begin the 2-year period for filing suit for refund of the claims disallowed as if the notice of disallowance had been sent by certified or registered mail.

**Claims**

| (a)<br>Taxable Period Ended | (b)<br>Kind of Tax | (c)<br>Amount of Claim | (d)<br>Amount of Claim Disallowed |
|---|---|---|---|
| 9/30/2001 | employment | $4,073.15 | $0.00 |

If you file this waiver for a joint return, both you and your spouse must sign the original and duplicate of this form. Sign your name exactly as it appears on the return. If you are acting under power of attorney for your spouse, you may sign as agent for him or her.

For an agent or attorney acting under a power of attorney, a power of attorney must be sent with this form if not previously filed.

For a partnership with excise or employment tax liability, all partners must sign. However, one partner may sign with appropriate evidence of authorization to act for the partnership.

For a person acting in a fiduciary capacity (executor, administrator, trustee), file Form 56, Notice Concerning Fiduciary Relationship, with this form if not previously filed.

For a corporation, enter the name of the corporation followed by the signature and title of the officer(s) authorized to sign.

Your Signature ➤ _____ (Date signed)

Spouse's Signature If A Joint Return Was Filed ➤ _____ (Date signed)

Taxpayer's Representative Sign Here ➤ *Robert J. Thientu*    8-25-05 (Date signed)

Partnership/Corporate Name: _____

Partners/Corporate Officers Sign Here ➤ _____ (Title) _____ (Date signed)
➤ _____ (Title) _____ (Date signed)

NOTE - Filing this waiver within 6 months from the date the claim was filed will not permit filing a suit for refund before the 6-month period has elapsed unless a decision is made by the Service within that time disallowing the claims.

Catalog Number 18267T     www.irs.ustreas.gov     Form **2297** (Rev. 3-1982)

136

| | |
|---|---|
| **Internal Revenue Service** | **Department of the Treasury** |
| 1301 Clay Street, Suite 895S | |
| Oakland, CA 94612 | |

**Taxpayer Identification Number:**
 95-2885601
**Kind of Tax:**
 Employment
**Tax Period(s) Ended**
 6/30/2000, 9/30/2000, 12/31/2000
**Amount of Claim:**
 $122,778.75, $103,677.03, $67,042.27
**Date Claim Received:**
 July 28, 2005
**Person to Contact:**
 Leonard Antonio
**Contact Telephone Number:**
 (510) 637-2590
**Employee Identification Number:**
 94-09515

Date:    SEP 2 2 2005

Unico Services Inc.
P. O. Box 887
Benecia, CA 94510-0887

Dear Unico Services Inc.

  We are sorry, but we cannot allow your claim for an adjustment to your tax, for the reasons stated below. This letter is your legal notice that we have fully disallowed your claim.

  If you wish to bring suit or proceedings for the recovery of any tax, penalties, or other moneys for which this disallowance notice is issued, you may do so by filing suit with the United States District Court having jurisdiction, or the United States Claims Court. The law permits you to do this within 2 years from the mailing date of this letter. However, if you signed a *Waiver of Statutory Notification of Claim Disallowance*, Form 2297, the period for bringing suit began to run on the date you filed the waiver.

  We have enclosed Publication 5, *Your Appeal Rights and How to Prepare a Protest If You Don't Agree,* and Publication 594, *The IRS Collection Process,* if additional tax is due.

EXHIBIT 19

(over)

137

Letter 906 (DO) (Rev. 6-2000)
Cat. No. 14978B

If you have any questions, please contact the person whose name and telephone number are shown in the heading of this letter. Thank you for your cooperation.

Sincerely yours,

*[signature]*

Leo V. Alvarado
Technical Services Territory Manager

Enclosures:
Publication 5
☒ Publication 594

Reasons for disallowance:

You have requested that this claim for refund be denied immediately and without consideration since the merits of this claim have already been reviewed by the Internal Revenue Service.

**Internal Revenue Service**  
1301 Clay Street, Suite 895S  
Oakland, CA  94612

Date: SEP 2 2 2005

Unico Services Inc.  
P. O. Box 887  
Benecia, CA  94510-0887

**Department of the Treasury**

Tax Year Ended:  
  September 30, 2001  
Person to Contact:  
  Leonard Antonio

Employee Identification Number  
  94-09515

Contact Telephone Number:  
  (510)637-2590

Dear  Unico Services Inc.

As you requested on        July 18, 2005, we have reviewed the adjustment to your tax liability for the above year.  The item checked below applies to your situation.

☐  We are reducing the earlier adjustment by the amount shown on the enclosed report. We will credit your account for this amount.

☒  The information you gave us does not establish a basis for changing our earlier adjustment.

☐  You did not submit the information we requested so we can take no further action on your request.

☒  You made a deposit which was refunded to you before the assessment was made.  Therefore, your Form 843 Claim for Refund is treated as a request for audit reconsideration/abatement.

~~If you still do not agree with our determination, you may, after paying the additional tax due, file an~~ amended return or a claim for refund. If you file a claim or amended return, you should do so within 3 years from the date your return was filed or 2 years from the time the tax was paid, whichever is later.

If you have any questions about this letter, please write to the person whose name is shown at the top of this letter, or you may call that person at the telephone number shown.

(over)

139

Letter 693 (DO) (Rev. 7-1987)  
Catalog Number 40310J

If you write to us with the questions about this letter, please attach this letter to help us identify your case. Keep a copy for your records.

Thank you for your cooperation.

Sincerely yours,

Leo V. Alvarado
Technical Services Territory Manager

Enclosures:
Report
Copy of this letter

140

**Internal Revenue Service**       **Department of the Treasury**

1301 Clay Street, Suite 895S
Oakland, CA  94612

Date: SEP 2 2 2005

|  |  |
|---|---|
| Robert Stientjes<br>41 S. Old Orchard Avenue, Suite B<br>St. Louis, MO 63119 | **Taxpayer Identification Number:**<br>95-2885601<br>**Person to Contact/ID Number:**<br>Leonard Antonio/ID#94-09515<br>**Contact Telephone Number:**<br>(510) 637-2590 |

Dear Mr. Stientjes:

We are sending you the enclosed material under the provisions of your power of attorney or other authorization on file with us. For your convenience, we have listed the name of the taxpayer to whom this material relates.

If you have any questions, please call the contact person at the telephone number shown in the heading of this letter.

Thank you for your cooperation.

                                        Sincerely,

                                        Leo V. Alvarado

                                        Technical Services Territory Manager

Enclosures:
☒ Letter(s)
☐ Report(s)
☐ Other

Taxpayer's Name

Unico Services Inc.

Letter 937 (Rev. 8-2000)
Cat. No. 30760X

Internal Revenue Service **FILE COPY** Department of the Treasury

Taxpayer Identification Number:
530-███
███ of Tax:
Income
Tax Period(s) Ended
   December 31, 1998
Amount of Claim:
   $431,631
Date Claim Received:
   June 22, 2005
Person to Contact:
   M. Allen

Date: **SEP 2 7 2005**

Contact Telephone Number:
   510.637.3785
Employee Identification Number:
   94-11434

Dean Gordon Potter
P. O. Box 887
Benicia, CA 94510

Dear Mr. Potter:

   We are sorry, but we cannot allow your claim for an adjustment to your tax, for the reasons stated below. This letter is your legal notice that we have fully disallowed your claim.

   If you wish to bring suit or proceedings for the recovery of any tax, penalties, or other moneys for which this disallowance notice is issued, you may do so by filing suit with the United States District Court having jurisdiction, or the United States Claims Court. The law permits you to do this within 2 years from the mailing date of this letter. However, if you signed a *Waiver of Statutory Notification of Claim Disallowance*, Form 2297, the period for bringing suit began to run on the date you filed the waiver.

   We have enclosed Publication 5, *Your Appeal Rights and How to Prepare a Protest If You Don't Agree,* and Publication 594, *The IRS Collection Process,* if additional tax is due.

(over)

Letter 906 (DO) (Rev. 6-2000)
Cat. No. 14978B

EXHIBIT
20

If you have any questions, please contact the person whose name and telephone number are shown in the heading of this letter. Thank you for your cooperation.

Sincerely yours,

*L. Alvarado*

Enclosures:
Publication 5
☒ Publication 594

Reasons for disallowance:

You have requested that this claim for refund be denied immediately and without consideration since the merits of this claim have already been reviewed by the Internal Revenue Service.

**FILE COPY**

**Letter 906 (DO) (Rev. 6-2000)**
Cat. No. 14978B

143

**Internal Revenue Service**     **Department of the Treasury**

**FILE COPY**

Date: SEP 2 7 2005

Robert Stientjes
41 S. Old Orchard Avenue, Ste B
St. Louis, MO 63119

Taxpayer Name:
Dean Gordon Potter

Taxpayer Identification Number:
[redacted]

Form Number:
1040

Year(s):
1998

Person to Contact/ID Number:
Marie Allen 94-11434

Contact Telephone Number:
(510) 637-3785

Contact Fax Number:
(510) 522-6277

Dear Mr. Stientjes,

We are sending the enclosed material under the provisions of your power of attorney or other authorization we have on file. For your convenience, we have listed the name of the taxpayer to whom this material relates in the heading above.

If you have any questions, please call the contact person at the telephone number shown in the heading of this letter.

Thank you for your cooperation.

          Sincerely,

          Marie Allen
          Revenue Agent

Enclosures:
- [x] Letter(s)
- [ ] Report(s)
- [ ] Other

Letter 937 (Rev. 11-2004)
Catalog Number 30760X

144

| Form **2297** (Rev. March 1982) | Department of the Treasury-Internal Revenue Service **Waiver of Statutory Notification of Claim Disallowance** |
|---|---|

I, Dean Gordon Potter - SSN ▮▮▮▮▮  of  P. O. Box 887, Benicia, CA  94510
(Name, SSN or EIN)                    (Number, Street, City or Town, State, ZIP Code)

waive the requirement under Internal Revenue Code section 6532(a)(1) that a notice of claim disallowance be sent to me by certified or registered mail for the claims for credit or refund shown in column (d), below.

I understand that the filing of this waiver is irrevocable and it will begin the 2-year period for filing suit for refund of the claims disallowed as if the notice of disallowance had been sent by certified or registered mail.

### Claims

| (a) Taxable Period Ended | (b) Kind of Tax | (c) Amount of Claim | (d) Amount of Claim Disallowed |
|---|---|---|---|
| 12/31/1998 | Income | $431,631.00 | $0.00 |

If you file this waiver for a joint return, both you and your spouse must sign the original and duplicate of this form. Sign your name exactly as it appears on the return. If you are acting under power of attorney for your spouse, you may sign as agent for him or her.

For an agent or attorney acting under a power of attorney, a power of attorney must be sent with this form if not previously filed.

For a partnership with excise or employment tax liability, all partners must sign. However, one partner may sign with appropriate evidence of authorization to act for the partnership.

For a person acting in a fiduciary capacity (executor, administrator, trustee), file Form 56, Notice Concerning Fiduciary Relationship, with this form if not previously filed.

For a corporation, enter the name of the corporation followed by the signature and title of the officer(s) authorized to sign.

Your Signature ▶ _____ (Date signed) _____

Spouse's Signature If A Joint Return Was Filed ▶ _____ (Date signed) _____

Taxpayer's Representative Sign Here ▶ _____ (Date signed) _____

Partnership/Corporate Name: _____

Partners/Corporate Officers Sign Here ▶ _____ (Title) _____ (Date signed) _____

▶ _____ (Title) _____ (Date signed) _____

NOTE - Filing this waiver within 6 months from the date the claim was filed will not permit filing a suit for refund before the 6-month period has elapsed unless a decision is made by the Service within that time disallowing the claims.

Catalog Number 18287T     www.irs.ustreas.gov     Form **2297** (Rev. 3-1982)

145

FILE COPY

| Form **3363**<br>(Rev. November 1983) | Department of the Treasury — Internal Revenue Service<br>**Acceptance of Proposed Disallowance of Claim<br>for Refund or Credit** |
|---|---|

Name(s), SSN or EIN, and address of taxpayer(s) *(Number, Street, City or Town, State, ZIP Code)*

Dean Gordon Potter
P. O. Box 887
Benicia, CA  94510

SSN: ▮▮▮▮▮▮▮

| Year or Period | Date Claim Filed | Kind of Tax | Amount of Claim | Amount of Claim Disallowed | Amount of Claim Allowed |
|---|---|---|---|---|---|
| 12/31/1998 | 06/22/2005 | Income | $431,631.00 | $431,631.00 | $0.00 |
| | | | | | |
| | | | | | |
| | | | | | |

I accept the proposal of the Internal Revenue Service to disallow the claim(s) to the extent described above. This means only that I do not want the Service to consider the claim(s). It does not waive my right to file suit on the disallowance.

If you file this acceptance for a joint return, both you and your spouse must sign the original and duplicate of this form. Sign your name exactly as it appears on the return. If you are acting under power of attorney for your spouse, you may sign as agent for him or her.

For an agent or attorney acting under a power of attorney, a power of attorney must be sent with this form if not previously filed.

For a partnership with excise or employment tax liability, all partners must sign. However, one partner may sign with appropriate evidence of authorization to act for the partnership.

For a person acting in a fiduciary capacity (executor, administrator, trustee), file Form 56, Notice Concerning Fiduciary Relationship, with this form if not previously filed.

For a corporation, enter the name of the corporation followed by the signature and title of the officer(s) authorized to sign.

**Your Signature** ▶ _____ (Date)

**Spouse's Signature If A Joint Return Was Filed** ▶ _____ (Date)

**Taxpayer's Representative Sign Here** ▶ _____ (Date)

**Partnership/ Corporate Name** ▶ _____

**Partners/ Corporate Officers Sign Here**
▶ _____
(Title)    (Date)
▶ _____
(Title)    (Date)

Form **3363** (Rev. 11-1983)    Catalog Number 22240Y    www.irs.gov    Department of the Treasury - **Internal Revenue Service**

146