# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**UNICO SERVICES, INC.**, *Plaintiff,*

v.

**THE UNITED STATES**, *Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * * *

Nos. 05-955 T consolidated with 05-954T

Senior Judge Loren A. Smith

Filed: May 30, 2006

**AMENDED ORDER**

The hearing previously SCHEDULED for Wednesday, May 31, 2006 is hereby RESCHEDULED for Tuesday, June 6, 2006 at 3:00 p.m. E.D.T. and shall be held by telephone.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A.SMITH
SENIOR JUDGE