REQUEST FOR IMMEDIATE REFUND CLAIM DISALLOWANCE

Pursuant to I.R.M. 4512(2)(g)(Jan. 30, 1987), taxpayer D. Gordon Potter respectfully requests that the Commissioner immediately disallow this refund claim without administrative consideration. *See* I.R. 1600 (Apr. 26, 1976), 9 Stand. Fed. Tax Rep. (CCH) ¶ 6609 (1976).

In support of this Request for Refund Claim Disallowance, taxpayer submits that the merits of this refund claim have previously been the subject of an administrative examination. Re-evaluation by the Commissioner of this refund claim would be fruitless and serve only to delay commencement of a refund suit by taxpayer.

This Request for Refund Claim Disallowance is for the taxable year 1998 of taxpayer for federal income tax. The amount of this refund claim is equal to $430,544.

Taxpayer agrees that the Commissioner's granting of this Request for Refund Claim Disallowance and issuance of a Certified Notice of Claim Disallowance will commence the running of the two-year period of limitations for filing a refund suit pursuant to Proc. & Admin. Reg. § 301.6532-1(c).

WHEREFORE, taxpayer respectfully requests that the Commissioner immediately issue a Certified Notice of Claim Disallowance on an expedited basis disallowing the full amount, $430,544, of this refund claim.

D. Gordon Potter, Taxpayer

EXHIBIT

tabbies

B

Rider to Form 1040X

Unico Services, Inc.
95-2885601

REQUEST FOR IMMEDIATE REFUND CLAIM DISALLOWANCE

Pursuant to I.R.M. 4.23.13.4 and IRM 4512(2)(g)(Jan. 30, 1987), taxpayer Unico Services, Inc. respectfully requests that the Commissioner immediately disallow this refund claim without administrative consideration. *See* I.R. 1600 (Apr. 26, 1976), 9 Stand. Fed. Tax Rep. (CCH) ¶ 6609 (1976).

In support of this Request for Refund Claim Disallowance, taxpayer submits that the merits of this refund claim have previously been the subject of an administrative examination. Re-evaluation by the Commissioner of this refund claim would be fruitless and serve only to delay commencement of a refund suit by taxpayer.

This Request for Refund Claim Disallowance is for the employer's portion of employment taxes for the period ending September 30, 2000. The amount of this refund claim is equal to $103,677.03.

Taxpayer agrees that the Commissioner's granting of this Request for Refund Claim Disallowance and issuance of a Certified Notice of Claim Disallowance will commence the running of the two-year period of limitations for filing a refund suit pursuant to Proc. & Admin. Reg. § 301.6532-1(c).

WHEREFORE, taxpayer respectfully requests that the Commissioner immediately issue a Certified Notice of Claim Disallowance on an expedited basis disallowing the full amount, $103,677.03 of this refund claim.

Rider to Form 1040X

Unico Services, Inc.
95-2885601

REQUEST FOR IMMEDIATE REFUND CLAIM DISALLOWANCE

Pursuant to I.R.M. 4.23.13.4 and IRM 4512(2)(g)(Jan. 30, 1987), taxpayer Unico Services, Inc. respectfully requests that the Commissioner immediately disallow this refund claim without administrative consideration. *See* I.R. 1600 (Apr. 26, 1976), 9 Stand. Fed. Tax Rep. (CCH) ¶ 6609 (1976).

In support of this Request for Refund Claim Disallowance, taxpayer submits that the merits of this refund claim have previously been the subject of an administrative examination. Re-evaluation by the Commissioner of this refund claim would be fruitless and serve only to delay commencement of a refund suit by taxpayer.

This Request for Refund Claim Disallowance is for the employer's portion of employment taxes for the period ending June 30, 2000. The amount of this refund claim is equal to $122,778.75.

Taxpayer agrees that the Commissioner's granting of this Request for Refund Claim Disallowance and issuance of a Certified Notice of Claim Disallowance will commence the running of the two-year period of limitations for filing a refund suit pursuant to Proc. & Admin. Reg. § 301.6532-1(c).

WHEREFORE, taxpayer respectfully requests that the Commissioner immediately issue a Certified Notice of Claim Disallowance on an expedited basis disallowing the full amount, $122,778.75, of this refund claim.

Rider to Form 843


REQUEST FOR IMMEDIATE REFUND CLAIM DISALLOWANCE

Pursuant to I.R.M. 4.23.13.4 and IRM 4512(2)(g)(Jan. 30, 1987), taxpayer Unico Services, Inc. respectfully requests that the Commissioner immediately disallow this refund claim without administrative consideration. *See* I.R. 1600 (Apr. 26, 1976), 9 Stand. Fed. Tax Rep. (CCH) ¶ 6609 (1976).

In support of this Request for Refund Claim Disallowance, taxpayer submits that the merits of this refund claim have previously been the subject of an administrative examination. Re-evaluation by the Commissioner of this refund claim would be fruitless and serve only to delay commencement of a refund suit by taxpayer.

This Request for Refund Claim Disallowance is for the employer's portion of employment taxes for the period ending September 30, 2001. The amount of this refund claim is equal to $4,073.15.

Taxpayer agrees that the Commissioner's granting of this Request for Refund Claim Disallowance and issuance of a Certified Notice of Claim Disallowance will commence the running of the two-year period of limitations for filing a refund suit pursuant to Proc. & Admin. Reg. § 301.6532-1(c).

WHEREFORE, taxpayer respectfully requests that the Commissioner immediately issue a Certified Notice of Claim Disallowance on an expedited basis disallowing the full amount, $4,073.15, of this refund claim.

Rider to Form 1040X

Unico Services, Inc.
95-2885601

REQUEST FOR IMMEDIATE REFUND CLAIM DISALLOWANCE

Pursuant to I.R.M. 4.23.13.4 and IRM 4512(2)(g)(Jan. 30, 1987), taxpayer Unico Services, Inc. respectfully requests that the Commissioner immediately disallow this refund claim without administrative consideration. *See* I.R. 1600 (Apr. 26, 1976), 9 Stand. Fed. Tax Rep. (CCH) ¶ 6609 (1976).

In support of this Request for Refund Claim Disallowance, taxpayer submits that the merits of this refund claim have previously been the subject of an administrative examination. Re-evaluation by the Commissioner of this refund claim would be fruitless and serve only to delay commencement of a refund suit by taxpayer.

This Request for Refund Claim Disallowance is for the employer's portion of employment taxes for the period ending December 31, 2000. The amount of this refund claim is equal to $67,042.27.

Taxpayer agrees that the Commissioner's granting of this Request for Refund Claim Disallowance and issuance of a Certified Notice of Claim Disallowance will commence the running of the two-year period of limitations for filing a refund suit pursuant to Proc. & Admin. Reg. § 301.6532-1(c).

WHEREFORE, taxpayer respectfully requests that the Commissioner immediately issue a Certified Notice of Claim Disallowance on an expedited basis disallowing the full amount, $67,042.27 of this refund claim.