# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | * |
| **UNICO SERVICES, INC.**, | * |
| | * No. 05-955T cons. with 05-954T |
| *Plaintiff*, | * |
| | * |
| v. | * Senior Judge Loren A. Smith |
| | * |
| **THE UNITED STATES**, | * |
| | * Filed: June 7, 2006 |
| *Defendant.* | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

## ORDER

Pursuant to the telephone hearing held on June 6, 2006, the Court hereby **RESCHEDULES** a telephone hearing regarding Defendant's Motion to Dismiss and Plaintiff's Response, Plaintiff's Motion to Amend Pleadings, and Motions regarding the Scope of Discovery to be held on Thursday, July 20, 2006 at 2:00 p.m. E.D.T.

Defendant's Reply to Plaintiff's Response to Defendant's Motion to Dismiss remains due to be filed and served on or before June 16, 2006. Defendant's Response to Plaintiff's Motion to Amend Pleadings remains due to be filed and served on or before June 19, 2006.

The Court encourages the parties to communicate with each other regarding the scope of discovery in an effort to narrow and to stipulate to as many factual issues as possible in an effort to limit duplicative discovery.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A.SMITH
SENIOR JUDGE