**I N THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

**No. 05-955 and 05-954 T**
**(Consolidated on February 22, 2006)**
**(Judge Loren A. Smith)**

**UNICO SERVICES, INC. and D. GORDON POTTER,**

**Plaintiffs,**

**v.**

**THE UNITED STATES OF AMERICA**

**Defendant**

---

**MOTION FOR LEAVE TO FILE CORRECTED AFFIDAVIT
IN SUPPORT OF RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

COMES NOW Plaintiffs D. Gordon Potter (hereinafter "Potter") and Unico Services, Inc. (hereinafter Unico or collectively "Plaintiffs") pursuant to Rule 15 of the Rules of the United States Court of Federal Claims, and respectfully move this Court for an Order granting Plaintiffs leave to file their corrected Affidavit of Robert J. Stientjes in Support of Plaintiffs' Response to Defendant's Motion to Dismiss.

In support of their Motion, Plaintiffs state as follows:

1. On or about April 28, 2006, Defendant filed its Motion to Dismiss pursuant to Rule 12(b)(1) and 12(b)(6).

2. On or about May 30, 2006, Plaintiffs filed their Response to Defendant's Motion to Dismiss. Said Response included five (5) attachments in support of Plaintiffs' Response.

3. It was brought to Plaintiffs' attorneys' attention on or about June 7, 2006, that the incorrect pdf version of attachment number three (3), Affidavit of R. Stientjes in Support of

Plaintiffs' Response to Defendant's Motion to Dismiss, was erroneously filed and therefore the filed Affidavit does not contain the signature of Robert J. Stientjes and notary stamp.

4. Rule 15 of the Rules of the United States Court of Federal Claims states that "….a party may amend [its pleading] at any time within 20 days after it is served. Otherwise, a party may amend the party's pleading only by leave of court or by written consent of adverse party; and leave shall be freely given when justice so requires."

5. Plaintiffs will be prejudiced if the Court denies their request for leave to file their corrected Affidavit in Support of Motion Plaintiffs' Reply to Defendant's Motion to Dismiss in order to comply with the procedural requirements.

6. The requested leave to amend does not cause any undue delay or prejudice Defendant in any way.

WHEREFORE, Plaintiffs respectfully pray that this Court enter an Order granting Plaintiffs leave to file their corrected Affidavit in Support of Plaintiffs' Reply to Defendants' Motion to Dismiss and for such other further relief as the Court deems just and proper under the circumstances.

**RESPECTFULLY SUBMITTED,**

Date: June 21, 2006

By *s/Robert J. Stientjes*

Robert J. Stientjes
Gasaway & Stientjes, LLC
1120 Olivette Exec. Pkwy, Ste. 220
Saint Louis, Missouri 63132
(314) 872-3988 telephone
(314) 872-7374 facsimile
**Attorney for Plaintiffs**