**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**D. GORDON POTTER,**
**UNICO SERVICES, INC.**

**Plaintiffs,**

**v.**

**THE UNITED STATES OF AMERICA**

**Defendant.**

**Case No. 1:05-cv-00954-LAS &**
**Case No. 1:05-cv-00955-LAS**

## AFFIDAVIT OF ROBERT J. STIENTJES IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANT'S MOTION TO DISMISS

I, Robert J. Stientjes, being first duly sworn upon oath, depose and state as follows:

1. I am the attorney of record for the above-named plaintiffs.

2. On behalf of my clients, I have tried to obtain the denial for the Claims for Refund or Credit filed by D. Gordon Potter and Unico Services, Inc. since June of 2005. I have sent numerous letters and faxes to various IRS personnel involved in the Plaintiffs' tax matters requesting denial of the filed claims.

3. Finally, on or about August 18, 2005, I received a fax from Mr. Robert J. Gee, IRS ATAT Exam Group Manager, and which referenced my requests that the IRS issue an immediate refund claim disallowance for D. Gordon Potter and Unico Services, Inc. A copy of the fax coversheet and letter from Mr. Gee dated August 18, 2005 is attached hereto as **Exhibit 1**. The first sentence of the letter from Mr. Gee states that we "will deny the claim for refund." Mr. Gee also stated that he had additional questions that required the Plaintiffs' explanation.

EXHIBIT
tabbies
C

4. At approximately 5:20 p.m. eastern time on or about August 18, 2005, upon receipt of the fax from Mr. Gee, I had a conversation with Mr. Gee and answered the questions raised by in his August 18, 2005 letter. The goal for that conversation was with the sole purpose to facilitate the denial of the Plaintiffs' Claims for Refund. At the conclusion of the telephone conversation, Mr. Robert J. Gee verbally communicated to me his decision to deny both D. Gordon Potter and Unico Services, Inc.'s Claims for Refund. In addition, Mr. Robert J. Gee asked me to submit Form 3363 and Form 2297 to Ms. Marie Allen, which I did on August 25, 2005. Mr. Robert J. Gee then informed me that upon receipt of the executed forms, the IRS will mail the official notices of disallowance to us shortly.

5. Upon completion of my conversation with Mr. Robert J. Gee, I made a time entry where I recorded the date and the time I spent talking to Mr. Robert J. Gee. An excerpt of the billing record of Gasaway & Stientjes LLC f/k/a Gasaway & Stientjes LLP is attached to hereto as **Exhibit 2** and incorporated herein.

6. On or about August 30, 2005, relying on Mr. Robert J. Gee's statement that my clients' Claims for Refunds were denied, I filed complaints for refund on behalf of my clients, D. Gordon Potter and Unico Services, Inc. with this Court.

[the rest of the page is left blank intentionally]

FURTHER YOUR AFFIANT SAITH NOT.

Robert J. Stientjes,
Attorney for Plaintiffs in the above-captioned case

STATE OF MISSOURI )
)
COUNTY OF ST. LOUIS )

Subscribed and sworn to before me, this 30TH day of May, 2006.

Evita Tolu, Notary Public

My commission expires: March 2, 2010.

EVITA TOLU
Notary Public - State of Missouri
County of St. Louis
My Commission Expires Mar. 2, 2010
Commission #068447540