# Exhibit 2

## Excerpt from August 2005 billing

Gasaway & Stientjes, LLP
Attorneys at Law

**Client:**
Unico Services, Inc.

| | | | |
|---|---|---|---|
| | | Previous Balance | |
| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
| 8/18/05 | RS | Telephone conference with R. Gee, Team Manager, to respond to the questions raised in Gee's 8/18/2005 fax and letter related to our request for refund claim disallowance; telephone call to the client to inform that the clients' request for refund claim disallowance is granted; relate the contents of the conversation with R. Gee; inform that the formal letters of disallowance would be mailed shortly. | .8 |
| | | TOTAL HOURS | |
| | | TOTAL DUE | |
| | | | |
| | | | |
| | | | |
| | Fee payment | | |
| | Total payments | | |
| | Balance due | | |

Federal ID #:
PLEASE INCLUDE FILE NUMBER ON ALL CORRESPONDENCE

THANK YOU FOR THE OPPORTUNITY TO BE OF SERVICE!