# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * *
*
**UNICO INDUSTRIAL SERVICES INC.** *
**AND D. GORDON POTTER,** *
*
*Plaintiff,* *
*
*
v. *
*
*
*
**THE UNITED STATES,** *
*
*Defendant.* *
*
* * * * * * * * * * * * * * * * * * * * * * *

Nos. 05-955T consol. with 05-954T

Filed: July 11, 2006

Senior Judge Loren A. Smith

**ORDER**

The Court hereby **GRANTS** Plaintiffs' Motion to file a Corrected Affidavit in Support of Response to Defendant's Motion to Dismiss.

The Court further **GRANTS** Defendant's Motion for Leave to File Sur-reply Brief in Support of Defendant's Motion to Dismiss.

**IT IS SO ORDERED.**

/s/ Loren Smith
Loren A. Smith
Senior Judge