# In the United States Court of Federal Claims

| | |
|---|---|
| **UNICO SERVICES, INC.**, *Plaintiff*, v. **THE UNITED STATES**, *Defendant*. | Nos. 05-955 T consolidated with 05-954T<br>Senior Judge Loren A. Smith<br>Filed: July 21, 2006 |

**ORDER**

The hearing previously SCHEDULED for Thursday, July 20, 2006 is hereby RESCHEDULED for Tuesday, July 25, 2006 at 3:30 p.m. E.D.T. and shall be held by telephone.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A.SMITH
SENIOR JUDGE