# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **UNICO SERVICES, INC.**, | * | Nos. 05-955 T consolidated with 05-954T |
| *Plaintiff,* | * | |
| v. | * | Senior Judge Loren A. Smith |
| **THE UNITED STATES**, | * | Filed: July 25, 2006 |
| *Defendant.* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**AMENDED ORDER**

For the reasons set forth during the hearing held on July 25, 2006, the consolidated case is hereby DISMISSED WITHOUT PREJUDICE. No costs. The Clerk is directed to enter judgment.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A.SMITH
SENIOR JUDGE