# In the United States Court of Federal Claims

**Nos. 05-955 T and 05-954 T (consolidated)**

**UNICO SERVICES, INC.**
**and D. GORDON POTTER**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed July 25, 2006,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaints are dismissed, without prejudice. No costs.

Brian Bishop
Clerk of Court

July 26, 2006 By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.